IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY<br>P.O. Box 51070<br>Akiachak, Alaska 99551<br>(907) 825-4626<br><br>CHALKYITSIK VILLAGE<br>P.O. Box 57<br>Chalkyitsik, Alaska 99788<br>(907) 848-8117<br><br>CHILKOOT INDIAN ASSOCIATION<br>P.O. Box 490<br>Haines, Alaska 99827<br>(907) 766-2323<br><br>TULUKSAK NATIVE COMMUNITY (IRA)<br>P.O. Box 95<br>Tuluksak, Alaska 99679<br>(907) 695-6420<br><br>            Plaintiffs,<br>      v.<br><br>UNITED STATES DEPARTMENT OF<br>     THE INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>P. LYNN SCARLETT<br>Deputy-Secretary designee for the<br>Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>CASE NUMBER 1:06CV00969<br><br>JUDGE: Richard W. Roberts<br><br>DECK TYPE: Administrative Agency Review<br><br>DATE STAMP: 05/24/2006<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Local counsel for plaintiffs respectfully moves for the admission *pro hac vice* of Heather Kendall Miller, a member in good standing of the bar of the State of Alaska.

Respectfully submitted this 24th day of May, 2006.

Richard A. Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N Street, NW
Washington, D.C. 20036
(202) 785-4166

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of May, 2006, a true and correct copy of the Motion for Admission *Pro Hac Vice*, (Proposed) Order Granting Admission *Pro Hac Vice*, and Declaration of Heather Kendall Miller in Support of Motion for Admission *Pro Hac Vice* in the above-captioned case was mailed via first-class mail upon the following:

| | |
|---|---|
| UNITED STATES DEPARTMENT OF THE INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | THE HONORABLE ALBERTO R. GONZALES<br>U.S. Attorney General of the United States<br>U.S. Department of Justice, Room 4400<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| P. LYNN SCARLETT<br>Deputy-Secretary designee for the Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240 | KENNETH L. WAINSTEIN<br>U.S. Attorney for District of Columbia<br>555 4th Street, NW<br>Washington, DC 2053 |

Attorneys for Defendants

Marifrances Keenan
Paralegal

Motion for Admission Pro Hac Vice
Case: 1:01_____ CV

Page 2 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY<br>P.O. Box 51070<br>Akiachak, Alaska 99551<br>(907) 825-4626<br><br>CHALKYITSIK VILLAGE<br>P.O. Box 57<br>Chalkyitsik, Alaska 99788<br>(907) 848-8117<br><br>CHILKOOT INDIAN ASSOCIATION<br>P.O. Box 490<br>Haines, Alaska 99827<br>(907) 766-2323<br><br>TULUKSAK NATIVE COMMUNITY (IRA)<br>P.O. Box 95<br>Tuluksak, Alaska 99679<br>(907) 695-6420<br><br>    Plaintiffs,<br> v.<br><br>UNITED STATES DEPARTMENT OF<br> THE INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>P. LYNN SCARLETT<br>Deputy-Secretary designee for the<br>Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>    Defendants. | CASE NO. 1-01-_____ CV<br><br>JUDGE:<br><br>DECK TYPE: Civil General<br><br>DATE STAMP: |

06 0969

**DECLARATION OF HEATHER KENDALL MILLER IN SUPPORT
OF HER PARTICIPATION IN THE ABOVE
CAPTIONED CASE *PRO HAC VICE***

FILED

MAY 24 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Heather Kendall Miller, declare and state as follows:

1. My full name is Heather Kendall Miller.

2. My office address is: 420 "L" Street, Suite 505, Anchorage, Alaska 99501.

3. I have been admitted to practice law in the following bars:

- The Supreme Court for the State of Alaska on October 14, 1992.

- The United States District Court for the District of Alaska on November 17, 1995.

- The United States Court of Appeals for the Ninth Circuit on June 20, 1995.

- The United States Supreme Court on November 13, 1995.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, nor am I a member of the District of Columbia Bar or have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 22nd day of May, 2006.

Heather Kendall Miller