UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| —————————————————— ) | |
| AKIACHAK NATIVE COMMUNITY ) | |
| et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-cv-00969 (RWR) |
| ) | |
| DEPARTMENT OF THE INTERIOR, ) | |
| ) | |
| Defendant. ) | |
| —————————————————— ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Daniel G. Steele as lead attorney of record for the United States in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
(202) 305-0484 (phone)
(202) 305-0506 (fax)

Overnight and hand deliveries should be addressed to:

Daniel G. Steele
Environment and Natural Resources Division
General Litigation Section
U.S. Department of Justice
601 D St., N.W.
Room 3122
Washington, D.C. 20004

Dated this 17th day of July 2006.

Respectfully submitted,

_____/s/_____
DANIEL G. STEELE
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources
 Division
General Litigation Section
P.O. Box 663
Washington, D.C.   20044-0482
(202) 305-0484

Of Counsel:

Thomas A. Blaser
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.   MS 6513
Telephone: (202)208-5811
Fax:         (202)219-1791

## CERTIFICATE OF SERVICE

I, Daniel G. Steele, hereby certify on this 17th day of July 2006, I have caused the

foregoing **NOTICE OF APPEARANCE** to be served by United States mail, first-class

postage prepaid, on the following counsel at their addresses:

>Mr. Richard A. Guest
>1712 N Street, N.W.
>Washington, D.C.  20036-2976
>
>Heather Kendall Miller
>Native American Rights Fund
>420 L Street, Suite 505
>Anchorage, Alaska  99501

This is in addition to the electronic service upon Plaintiffs' attorney of record.


_____
Daniel G. Steele