UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:06-cv-00969 (RWR) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant herein moves for its first enlargement of time to respond to plaintiffs' Complaint, filed on May 24, 2006, by answer or motion. Defendant seeks fifty-five (55) additional days from July 27, 2006, to and including September 20, 2006.

In support of the requested relief, defendant states as follows:

(1) Undersigned counsel was assigned the above-captioned case on June 20, 2006 and the following day undersigned counsel contacted the Department of the Interior's ("Interior") Solicitor's Office attorney who was to be assigned the case;

(2) Plaintiffs' Complaint cites to numerous laws, a Solicitor opinion, final rules, regulations, and amended regulations collectively covering a thirty-five year period on which plaintiffs base their claims and the Complaint presents complex legal and factual inquiries which Interior must evaluate through a litigation report for the undersigned counsel's review. While both counsel will schedule vacation time around the work requirements of the case, other Interior personnel who will likely need to be consulted are

        expected to be on leave from time to time during preparation of the litigation report. The requested time enlargement is also intended to accommodate authorized leave by such personnel;

(3)    The undersigned counsel has competing obligations in the Federal District Court of Kansas (in <u>Kickapoo Tribe of Kansas v. Bruce I. Knight, Natural Resources Conservation Service, James E. Cason, Bureau of Indian Affairs, et al.</u>, Civil Action 06-2248 CM) where a responsive pleading is due to be on August 21, 2006.

Pursuant to Local Court Rule 7.1(m), the undersigned counsel contacted the plaintiffs' Attorney of record, Richard A. Guest, by telephone on July 19, 2006 to advise him of the foregoing reasons for the requested relief. Mr. Guest stated that plaintiffs consent to the requested relief.

Dated this 21th day of July 2006.

Respectfully submitted,

_____

DANIEL G. STEELE
D.C. Bar No. 962894
U.S. Department of Justice
Environment & Natural Resources Division
General Litigation Section
P.O. Box 663
Washington D.C. 20044-0663
(202) 305-0484 (tel.)
(202) 305-0506 (fax)

Of Counsel:

Thomas A. Blaser
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.   MS 6513
Telephone: (202)208-5811
Fax:        (202)219-1791

**CERTIFICATE OF SERVICE**

I, Daniel G. Steele, hereby certify on this 21th day of July 2006, I have caused the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT and PROPOSED ORDER to be served by United States mail, first-class postage prepaid, on the following counsel at their addresses:

> Mr. Richard A. Guest
> 1712 N Street, N.W.
> Washington, D.C. 20036-2976
>
> Heather Kendall Miller
> Native American Rights Fund
> 420 L Street, Suite 505
> Anchorage, Alaska 99501

This is in addition to the electronic service upon Plaintiffs' attorney of record.

_____
Daniel G. Steele