UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:06-cv-00969 (RWR) |

**O R D E R**

For the reasons discussed in Defendants' Unopposed Motion for Enlargement of Time to respond to Plaintiffs' Complaint, **IT IS HEREBY ORDERED** that the motion is granted. **IT IS FURTHER ORDERED** that defendant shall file its answer or an alternative pleading on or before September 20, 2006

**ORDERED** this _____ Day of _____, 2006.

_____
RICHARD W. ROBERTS
United States District Judge

**STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER**

Pursuant to Local Rule 7.1(k), defendant hereby states that the following persons are entitled to receive notice of the Court's Order:

        Mr. Richard A. Guest
        1712 N Street, N.W.
        Washington, D.C. 20036-2976

        Heather Kendall Miller
        Native American Rights Fund
        420 L Street, Suite 505
        Anchorage, Alaska 99501

        Daniel G. Steele
        United States Department of Justice
        Environment & Natural Resources Division
        General Litigation Section
        P.O. Box 663
        Washington, D.C. 20044-0663

                      RICHARD W. ROBERTS
                      United States District Judge