IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., | ) ) ) |
| Plaintiffs, | ) NO. 1-06-cv-00969 (RWR) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR et al., | ) ) ) ) |
| Defendants. | ) |

**AMENDED MOTION FOR ADMISSION *PRO HAC VICE***

Local counsel for plaintiffs respectfully moves for the admission *pro hac vice* of

Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 "L" Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Email: kendall@narf.org

who is a member in good standing of the bar of the State of Alaska.

Respectfully submitted this 7th day of August, 2006.

*/s/ Richard A. Guest*
Richard A. Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N Street, NW
Washington, D.C. 20036
(202) 785-4166