IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., | ) ) ) |
| Plaintiffs, | ) NO. 1-06-cv-00969 (RWR) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR et al., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING ADMISSION *PRO HAC VICE***
(proposed)

Upon consideration of the Amended Motion for Admission *Pro Hac Vice* of

    Heather Kendall Miller
    NATIVE AMERICAN RIGHTS FUND
    420 "L" Street, Suite 505
    Anchorage, Alaska 99501
    Phone: (907) 276-0680
    Email: kendall@narf.org

it is hereby

ORDERED that the motion is granted and Ms. Kendall Miller shall be admitted *pro hac vice*.

DATED:_____          _____
                                                            United States District Judge

Pursuant to LcvR 7(k), below is a list of the names and addresses of all attorneys entitled to be notified of its entry:

RICHARD A. GUEST
Native American Rights Fund
1712 N Street, NW
Washington, DC 20036

DANIEL G. STEELE
U.S. Department of Justice
Environment & Natural Resources Division
General Litigation Section
P.O. Box 663
Washington D.C. 20044-0663

HEATHER KENDALL MILLER
Native American Rights Fund
420 L Street, Suite 505
Anchorage, AK 99501

Attorney for Defendants

Attorneys for Plaintiffs