IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY<br>P.O. Box 51070<br>Akiachak, Alaska 99551<br>(907) 825-4626<br><br>CHALKYITSIK VILLAGE<br>P.O. Box 57<br>Chalkyitsik, Alaska 99788<br>(907) 848-8117<br><br>CHILKOOT INDIAN ASSOCIATION<br>P.O. Box 490<br>Haines, Alaska 99827<br>(907) 766-2323<br><br>TULUKSAK NATIVE COMMUNITY (IRA)<br>P.O. Box 95<br>Tuluksak, Alaska 99679<br>(907) 695-6420<br><br>           Plaintiffs,<br>   v.<br><br>UNITED STATES DEPARTMENT OF<br>     THE INTERIOR<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>P. LYNN SCARLETT<br>Deputy-Secretary designee for the<br>Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>           Defendants. | CASE NO. 1-01-_____ CV<br><br>JUDGE:<br><br>DECK TYPE: Civil General<br><br>DATE STAMP: |

**DECLARATION OF HEATHER KENDALL MILLER IN SUPPORT
OF HER PARTICIPATION IN THE ABOVE
CAPTIONED CASE *PRO HAC VICE***

I, Heather Kendall Miller, declare and state as follows:

1. My full name is Heather Kendall Miller.

2. My office address is: 420 "L" Street, Suite 505, Anchorage, Alaska 99501.

3. I have been admitted to practice law in the following bars:

- The Supreme Court for the State of Alaska on October 14, 1992.

- The United States District Court for the District of Alaska on November 17, 1995.

- The United States Court of Appeals for the Ninth Circuit on June 20, 1995.

- The United States Supreme Court on November 13, 1995.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, nor am I a member of the District of Columbia Bar or have an application for membership pending.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 22nd day of May, 2006.

*Heather Kendall Miller*
Heather Kendall Miller

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of May, 2006, a true and correct copy of the Declaration of Heather Kendall Miller in Support of Motion for Admission *Pro Hac Vice* in the above-captioned case was mailed via first-class mail upon the following:

UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street, N.W.
Washington, D.C. 20240

P. LYNN SCARLETT
Deputy-Secretary designee for the
Secretary of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

THE HONORABLE ALBERTO R. GONZALES
U.S. Attorney General of the United States
U.S. Department of Justice, Room 4400
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

KENNETH L. WAINSTEIN
U.S. Attorney for District of Columbia
555 4th Street, NW
Washington, DC 2053

Attorneys for Defendants

Marifrances Keenan
Paralegal