UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:06-cv-00969 (RWR) |

**DEFENDANT'S MOTION TO TRANSFER VENUE AND TO SUSPEND OBLIGATION TO ANSWER IN THE DISTRICT OF COLUMBIA**

Pursuant to 28 U.S.C. § 1404(a), the defendants move to transfer this case to the United States District Court for the District of Alaska. There is no appreciable connection between this case and the District of Columbia and, for the reasons stated in the accompanying Memorandum of Law in Support of Motion to Transfer Venue, the matter should be transferred to the United States District Court for the District of Alaska.

The defendants further move the Court to suspend their obligation to answer Plaintiff's Complaint until thirty days following judicial resolution of the venue issue or at a time to be determined by the transferee court.

Dated this 20th day of September 2006.

    Respectfully submitted,

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    Environment and Natural resources Division

    _____
    Daniel G. Steele
    D.C. Bar No. 962894
    U.S. Department of Justice
    Environment & Natural Resources Division
    General Litigation Section
    P.O. Box 663
    Washington D.C. 20044-0663
    Phone:  (202) 305-0484
    Facsimile:  (202) 305-0506

OF COUNSEL:
Thomas A. Blaser
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.   MS 6513
Telephone:  (202)208-5811
Facsimile:  (202)219-1791