UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:06-cv-00969 (RWR) ) |
| DEPARTMENT OF THE INTERIOR, et al. | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

Pursuant to the Court's review of briefing by the parties on the defendants' motion to transfer venue and to suspend their obligation to answer in this Court, **IT IS HEREBY ORDERED** that defendants' motion is granted. This case shall be transferred to the District Court for the District of Alaska. **IT IS FURTHER ORDERED** that defendants' obligation to answer shall be determined by the transferee court.

**ORDERED** this _____ Day of _____ 2006.

_____
RICHARD W. ROBERTS
United States District Judge

**STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER**

Pursuant to Local Rule 7.1(k), the defendants hereby state that the following persons are entitled to receive notice of the Court's Order:

Mr. Richard A. Guest
1712 N Street, N.W.
Washington, D.C. 20036-2976

Heather Kendall Miller
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska 99501