UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
AKIACHAK NATIVE COMMUNITY        )
  et al.,                                      )
                                                    )
      Plaintiffs,                          )
                                                    )
        v.                                 )          No. 1:06-cv-00969 (RWR)
                                                    )
DEPARTMENT OF THE INTERIOR,       )
                                                    )
      Defendant.                          )
_____)

**JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE PURSUANT TO
DEFENDANTS' PENDING MOTION TO TRANSFER VENUE**

Pursuant to Defendant's motion to transfer this case to the United States District Court for the District of Alaska, filed on September 20, 2006,the parties herein move to enlarge the deadlines established by Local Rule 7.1 (b) and (d) to respond and reply in the pending briefing schedule.

The parties propose that Plaintiffs respond by October 16, 2006 and that Defendants reply by October 31, 2006.

In support of the requested relief, the parties state that the additional time will afford each party the time needed to fully brief the matters germane to the issues raised by Defendants' motion to transfer venue without the need for any other foreseeable extensions of time in the pending schedule.

Dated this 25th day of September 2006.

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural resources Div.

_____/s/_____
Daniel G. Steele
D.C. Bar No. 962894
U.S. Department of Justice
Environment & Natural Resources Div.
General Litigation Section
P.O. Box 663
Washington D.C. 20044-0663
Phone:  (202) 305-0484
Facsimile:  (202) 305-0506

_____/s/_____
Heather Kendall Miller
Alaska Bar. No. 9211084
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska 99501
(907) 276-0680