

# NCAI News

*National Congress of American Indians*

## TRIBAL LEADERS MEETING NOTICE:
### Land Recovery Task Force to Meet November 9th and 10th in Washington, DC
### Meet with Assistant Secretary of Interior on Nov. 9th in Afternoon

**Location: National Congress of American Indians - Conference Room**
**1301 Connecticut Ave., NW, Suite 200, Washington, DC 20036**
**9 am to 5 pm on Nov. 9th**
**9 am to Noon on Nov. 10th**

**Purpose** - As you know, NCAI has established a Tribal Leaders' Task Force on Land Recovery to address concerns with the Department of Interior draft revised regulations for taking land into trust for Indian tribes and individual Indians (64 FR 17574-17588, 4/12/99). The Land Recovery Task Force is open to all tribes and is functioning as an informal working group. A primary group of about 30 Tribal leaders and their attorneys and technical staff have been volunteering their time to draft comments and proposals for amending the draft regulations. <u>The deadline for comments on the proposed regulations has been extended to November 12, 1999</u> (64 FR 55878, 10/15/99).

**Task Force Meeting on November 9th and 10th in DC** - The Task Force will hold a meeting on November 9th and 10th in Washington, DC. On the 9th at 1:00 pm the Task Force will meet with Assistant Secretary for Indian Affairs Kevin Gover. The Task Force would encourage tribes to select at least one representative from each Area to be at that meeting.

For the past several months, the Task Force has been engaged in redrafting the Interior proposed regulations and has distributed several drafts, most recently the October 3, 1999, draft which was distributed at the NCAI Annual Meeting in Palm Springs. The Task Force has settled its position on a number of the major issues in the regulations, however, there are a number of other issues that could use additional refining of the positions already endorsed by the Task Force. The Task Force is seeking assistance in drafting specific written proposals for these remaining issues. Please forward all suggestions to NCAI at fax 202-466-7797, or to John_Dossett@ncai.org. We will be finalizing these remaining issues in the proposed regulations during the remainder of the November 9th and 10th meeting:

1) Treatment of diminished or extinguished reservation lands.
2) Treatment of off-reservation treaty right areas acquired for exercising treaty rights.
3) Identifying and discussing time frames for agency action.
4) Finalizing language on confidentiality of information.
5) Treatment of federal-to-federal transfers (new language will soon be forthcoming).
6) Language on mandatory acceptance of title - conflicts with other federal statutes.
7) More in-depth analysis of the Tribal Land Acquisition Area.

1301 Connecticut Avenue, NW  Suite 200 • Washington, DC  20036 • 202-466-7767 • Fax 202-466-7797

**NCAI Land Task Force Update - October 27, 1999 - Page Two**

8) Finalizing language for definition of reservation.
9) Treatment of National Historic Preservation Act.
10) Language on natural resource protection as a purpose of land acquisition.

**National Governor's Association Letter** - The National Governor's Association sent a letter to the Department of Interior on October 14, 1999, that outlines their position to the proposed regulations. The letter can be viewed on the NGA website at http://www.nga.org/EconDev/Letter19991014Land.asp We believe that it will be in our interest to respond to the NGA in our final Task Force comments, so we would welcome any analysis and suggestions for responding the Oct. 14th NGA letter.

**Background** - On April 12, 1999, the Department of Interior issued a proposed revision of the regulations for taking land into trust for Indian tribes and individual Indians. In general, tribal leadership has been greatly concerned by both the substance of the proposed regulations and a lack of consultation in proposing the regulations. NCAI and the Task Force would strongly encourage all tribes to submit comments on these critical regulations, and to focus specifically on the unique land issues that affect your individual tribe.

For more information, please contact NCAI at 202-466-7767.