IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| THE INTERIOR, et al. | ) NO. 1:06-cv-00969 (RWR) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF FILING CORRECTED MEMORANDUM OF POINTS
AND AUTHORITIES IN OPPOSITION TO FEDERAL DEFENDANTS'
MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)**

Plaintiffs hereby give notice that they are filing a Corrected Memorandum of Points and Authorities in Opposition to Federal Defendants' Motion to Transfer Venue Under 28 U.S.C. § 1401(a). The new Memorandum includes a signature block by Richard Guest, a member of good standing in the D.C. bar, who joins in compliance with Local Civil Rule 83.2(c)(1).

Dated this 19th day, 2006.

                                                                                   Respectfully submitted,

                                                                                   /s/ Heather Kendall-Miller
                                                                                   (AK Bar # 9211084)
                                                                                   NATIVE AMERICAN RIGHTS FUND
                                                                                   420 L Street, Suite 505
                                                                                   Anchorage, Alaska 99501
                                                                                   Tel: (907) 276-0680
                                                                                   Fax: (907) 276-2466
                                                                                   Email: kendall@narf.org

Akiachak Native Community v. Dept. of Interior                       Page 1 of 2
06-cv-969 (RWR)                                                 Notice of Corrected Opposition to
                                                                                        Motion to Transfer

        s/s Richard Guest
        (D.C. Bar # 477572)
        NATIVE AMERICAN RIGHTS FUND
        1712 N Street, N.W.
        Washington, D.C. 20036
        (202) 785-4166

        Attorneys for Plaintiffs

Certificate of Service

The undersigned hereby certifies that on the 19th day of October, 2006, a true and correct copy of the Notice of Corrected Opposition to Motion to Transfer in the above-captioned case was served by electronic means upon the following:

Daniel G. Steele

Attorney for Defendants

        s/ Heather Kendall-Miller

Akiachak Native Community v. Dept. of Interior     Page 2 of 2
06-cv-969 (RWR)     Notice of Corrected Opposition to
    Motion to Transfer