

# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, D.C. 20240

APR 2 9 1999

Dear Friend:

As you may know, on April 12, 1999, the Department of the Interior published in the Federal Register, 64 Fed. Reg. 17574, proposed amendments to the federal regulations governing the Department's decisions about whether to take land into trust on behalf of Indian tribes. The amendment of these regulations is an important step in providing tribes and their non-Indian neighbors with a clearer understanding of how the Department reviews requests to take land into trust. In addition to publishing the proposed amendments in the Federal Register, the Department has also provided for a 90-day period, expiring on July 10, 1999, within which the Department will accept public comments on the proposed amendments.

I would like to invite you to attend a public panel discussion that the Department is hosting on Wednesday, May 12, 1999, to provide an opportunity for affected and interested parties to discuss their views on the Department's proposed amendments. The panel will include representatives from tribes, States, interested non-Indian groups, Congress and the Department. Following prepared remarks by the panelists, I will moderate a panel discussion and provide an opportunity for questions from the audience.

The panel discussion will take place at the following time and place:

> **Wednesday, May 12, 1999**
> **1:30 - 4:00 p.m.**
> **South Interior Building Auditorium**
> **1951 Constitution Ave., N.W.**
> **Washington, D.C.**

This forum is only an opportunity for a discussion of the proposed amendments and will not be recorded by the Department. Any comments on the proposed amendments that you may wish the Department to officially consider in its further evaluation of the proposed amendments must be submitted pursuant to the procedures provided in the Federal Register publication.

Please complete and fax the enclosed RSVP form to Jay Spector at 202-208-1821 as soon as possible, but no later than **May 7, 1999**. If you have any additional questions, you may contact Mr. Spector in the Office of Intergovernmental Affairs at 202-208-5336. I look forward to seeing you on May 12.

Sincerely,

Kevin Gover
Assistant Secretary for Indian Affairs

**Akiachak v. Dept. of Interior**
**06-cv-969 (RWR)**

Exhibit 1
Page 1 of 2



# U.S. Department of the Interior
## Panel Discussion
## Proposed Land-Into-Trust Regulation Amendments

### South Interior Building Auditorium
### 1951 Constitution Ave., N.W.
### Washington, D.C.
### May 12, 1999
### 1:30 - 4:00 PM

## RSVP Form*

_____    **YES,** I wish to attend the Panel Discussion.

_____    **NO,** I cannot attend the Panel Discussion.

Name/Title: _____

Organization: _____

Phone/Fax Numbers: _____

*Please call or fax your RSVP to:*
Attn: Jay Spector
Office of Intergovernmental Affairs
United States Department of the Interior
(202) 208-5336
Fax: (202) 208-1821

*Please respond even if you do not plan to participate.