

United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, D.C. 20240

## U.S. DEPARTMENT OF THE INTERIOR - BUREAU OF INDIAN AFFAIRS
### 25 CFR 151 "LAND INTO TRUST" PANEL DISCUSSION
WEDNESDAY, MAY 12, 1999
SOUTH INTERIOR BUILDING AUDITORIUM
WASHINGTON, D.C.

### AGENDA

1. Welcome and Introductions
   The Honorable Kevin Gover, *Assistant Secretary for Indian Affairs*

2. Overview of Proposed Amendments to the "Land Into Trust" Rule
   Heather Sibbison, *Special Assistant to the Secretary*

3. Remarks from the Panel
   Dore Bietz; Executive Director, California Indian Lands Office
   Virginia Boylan; Partner, Dorsey & Whitney, L.L.P.
   Marie Howard Fabrizio; Minority Staff, House Resources Committee for Indian Affairs
   Karen Gaylord; Salmon, Lewis & Weldon, P.L.C.
   John Guhin; Deputy Attorney General, State of South Dakota
      *(representing the National Governors' Association)*
   Tex Hall; Chairman, Three Affiliated Tribes
   Les Miller; Tribal Chairman, Scotts Valley Band of Pomo Indians
   Heather Kendall-Miller, Native American Rights Fund
   Paul Moorehead; Majority Staff Director & Chief Counsel, Senate Committee on Indian Affairs
   Gregory Scott; National Association of Convenience Stores
   Michael Wacker; Minority Counsel, House Resources Committee for Indian Affairs
   Patricia Zell; Minority Staff Director & Chief Counsel, Senate Committee on Indian Affairs

4. Question and Answer Session

5. Closing Remarks
   The Honorable Kevin Gover, *Assistant Secretary for Indian Affairs*

Akiachak v. Dept. of Interior                                       Exhibit 2
06-cv-969 (RWR)