

# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Sacramento Area Office
2800 Cottage Way
Sacramento, California 95825

IN REPLY REFER TO:

SAO Advisory Board Resolution No. 5-3-99-01

**WHEREAS:** Land is the central core around which the culture, society, tradition, Sovereignty and spiritual well being of tribes and Indian people revolve; and

**WHEREAS:** The tribes of California were stripped of their land through duplicity, deceit and bad faith agreements resulting in a complete lack of "original reservation boundaries" for all but a small minority of California Indian tribes; and

**WHEREAS:** The sovereign Indian Tribes of California, the Indigenous peoples of this land, are united in our declaration that our inherent and inalienable rights to our aboriginal lands have not and can never be extinguished nor regulated without our consent; and

**WHEREAS:** The Constitution of the United States mandates and the Federal Courts acknowledge and uphold the government-to-government relationship between tribes and the United States, and further acknowledges the right of tribal governments to hold land and to exercise government jurisdiction over said lands; and

**WHEREAS:** The California Tribes have reviewed the Proposed Regulations for 25 CFR Part 151 as published in the Federal Register on April 12, 1999, 64 Federal Register 17574; and

**WHEREAS:** The proposed regulations for land acquisition places undue burdens and restrictions on California Tribes, erodes Tribal Sovereignty, undermines the government-to-government relationship of tribes and the federal government, and places virtual veto power in the hands of cities, counties, States, and/or special districts; and

**WHEREAS:** The discussion sessions currently scheduled do not meet the standard of consultation as defined by Executive Order # 13084.

**Now Therefore Be It Resolved that** the Sacramento Area Office Policy Board, on behalf of the one hundred federally recognized tribes of California, demands the withdrawal of the proposed regulations for 25 CFR Part 151 which were developed without proper pre-publication consultation; and

**Be It Further Resolved that** the California Tribes demand that the Secretary of the Interior initiate and complete consultation with the tribes of California and other Indian Tribes regarding their land needs and how those needs can most effectively be addressed through the federal trust process.

## CERTIFICATION

This is to certify that the above Resolution was duly considered at a meeting of the Sacramento Area Advisory Board on the 3rd of May, 1999, in Sacramento, California, and was passed by a vote of  9  in favor  0  opposed and  0  abstensions.

**Certified:** _____
Les Miller, Chairman

**Attest:** _____
Frances Shaw, Secretary