3 of 10 DOCUMENTS

Copyright 2003 Anchorage Daily News
Anchorage Daily News (Alaska)

July 2, 2003 Wednesday, FINAL EDITION

**SECTION:** MAIN; Pg. A1

**LENGTH:** 914 words

**HEADLINE:** State shuts down Native rippie parlor;
BARROW: Knowles officials let operation run in legal gray area.

**BYLINE:** By JOEL GAY, Anchorage Daily News

**BODY:**

Alaska State Troopers have shut down a pull-tab parlor run by the tribal government in Barrow, an operation long known to be violating state law but ignored until now.

Some people see the closure of the Native Village of Barrow operation as a reversal of the friendly relationship cultivated by former Gov. Tony Knowles toward the state's federally recognized tribes. For years, his administration let the Barrow tribe operate in a legal gray area, without the necessary state permits, as the group attempted to get federal approval for its gaming.

But Attorney General Gregg Renkes said the closure wasn't politically motivated.

"I don't think this action is either pro-tribal or anti-tribal," he said Tuesday. "It's just a matter of enforcing the state law."

Troopers raided the tribal office late Monday morning as Barrow celebrated Nalukataq, the traditional community party at the end of the whaling season. They confiscated 2,500 pounds of the games known popularly as rippies, plus records and gaming equipment.

Barrow tribal council president Percy Nusunginya said he was called away from the festivities when the troopers arrived with a search warrant.

"I tried to interfere," said the slightly built Nusunginya, "but this guy who was about 6-foot-7, a lot wider than me and carrying a pistol, shoved me around a few times, so I thought I better cool down."

The raid was not unexpected, he said. Renkes had written a letter earlier this spring asking the tribe to comply with state gaming regulations or face penalties.

Eight other groups operate games in Barrow legally, but for years the tribe has not. Nusunginya acknowledged that the tribe refuses to pay the state's 3 percent tax and won't file reports; the state believes it has also sold pull-tabs worth more than the $500 limit set by the state Department of Revenue.

That might be a relatively minor dispute but for how it plays into bigger, potentially far-reaching arguments about state and tribal authority in Alaska.

The tribe argues that the state has no authority over its gaming, Nusunginya said.

"We are a federally recognized tribe, and what we do in our place of government is our business, as long as we don't break the Constitution of the United States of America," he said.

Renkes said that argument may have worked under the Knowles administration but the Murkowski administration sees no legal basis for it. In 2001, a federal judge ruled that Barrow didn't qualify for a federal gaming permit. Nor has it gotten the necessary permits required to operate under state regulations.

"If they have failed to receive federal authority and they have no state permit, I don't understand what legitimate argument they have," Renkes said.

**Exhibit E**

Indian gaming is a complicated legal realm. Tribes in the Lower 48 can operate casinos on their reservations, but in the Venetie decision of 1998, the U.S. Supreme Court ruled that Alaska tribes have no similar land status and hence no place to set up such games.

While the court ruled there is no "Indian country" in Alaska, there remains a question about whether smaller parcels of Native-owned land, such as individual allotments and town site lots, would qualify for the purposes of federal gaming. The federal judge who ruled in 2001 against Barrow found that the tribe didn't qualify for the gaming permit because it didn't "exercise governmental power" over its town site lot.

Even without casinos, gambling is a big industry in Alaska. People spent more than $350 million on pull-tabs, bingo cards, lottery tickets and the like in 2001, winning back nearly $270 million, according to the Revenue Department. Games operated by Alaska tribes and villages account for nearly 10 percent of the gross receipts.

Tribal advocates have wondered since last fall how Republican Gov. Frank Murkowski would work with tribes. Knowles, a Democrat, was widely regarded as having improved relations between the state and the 229 federally recognized tribes, primarily through the Millennium Agreement, which said the state would work with tribes on a government-to-government basis.

Murkowski has been harder to read, said Heather Kendall Miller, an attorney with the Native American Rights Fund. Closing the Barrow pull-tab operation suggests the new administration might be taking a harder line on tribal power and authority. On the other hand, early conversations with Renkes suggested he wanted a close working relation with Alaska Natives, she said.

"I'm not clear where they're going," she said.

Barrow's Nusunginya has no doubts about what the new governor has in mind. "He's testing out his muscles," showing the tribes who has the power, he said.

Renkes disputed that the Barrow raid had any covert message. The state and the tribes may have different opinions on the boundaries of each government's sovereignty, he said, but the two can and should work together.

"I do intend to work very hard, on behalf of the administration, to improve relations with rural Alaska," Renkes said.

The fate of the Barrow pull-tab operation is unclear, said Richard Svobodny, a senior attorney for the Department of Law. The investigation could yield criminal or civil charges against tribal officials, forfeiture of the proceeds and equipment, or a settlement.

Nusunginya said his tribe is talking to an Anchorage attorney about possible court action.

Daily News reporter Joel Gay can be reached at jgay@adn.com or at 257-4310.

**GRAPHIC:** "I don't think this action is either pro-tribal or anti-tribal. It's just a matter of enforcing the state law," Attorney General Gregg Renkes said Tuesday.

**LOAD-DATE:** July 2, 2003