UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:06-cv-00969 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION FOR EXTENSION OF TIME**

On July 31, 2007, the Court Ordered case consolidation of Alice Kavairlook v. Dirk Kempthorne, et al., Civil Action No. 06-1405 (RWR) (now administratively closed) with the above-captioned case. On August 21, 2007, the Court issued a Memorandum Opinion and Order denying Defendant's Motion to Transfer Venue and Suspend Obligation to Answer in the District of Columbia.[1] Pursuant to the Federal Rules of Civil Procedure ("Fed.R.Civ. P."), Rule 12(a)(B)(4) the Defendant has until September 5, 2007 to file a responsive pleading after notice of the Court's action.

The parties jointly move the court to extend the time for the Defendant to respond to the Plaintiffs' Complaint(s) for an additional forty-five (45) days from September 5th, or until October 22, 2007.

In support of the requested relief, the parties state as follows:

---

[1] On December 5, 2006, Defendant filed its Motion to Transfer Venue and to Suspend Obligation to Answer in the District of Columbia in Kavairlook v. Dirk Kempthorne.

 (1) The Court's Memorandum and Order states that review will be limited to an administrative record. Order at 6;

 (2) The requested relief will afford Defendant time to consider jurisdictional issues and to begin assembling the administrative record;

 (3) The requested relief will afford the parties needed time to establish a proposed schedule for briefing jurisdictional issues and other matters pertaining to a record of the administrative proceedings; and

 (4) At the conclusion of the 45 day extension the parties will submit both a status report concerning preparation of the administrative record and a proposed briefing schedule.

Finally, the Court's August 21st Memorandum and Order discussed only the facts of the Akiachak Complaint and not the facts of the Kavairlook Complaint. Although this case has been consolidated with Alice Kavairlook v. United States, the Defendants respectfully inquire whether or not the Court will issue a decision on transfer issues that were briefed in Kavairlook before the cases were consolidated.

Dated this 30th day of August 2007.

Respectfully submitted,

/s/*Daniel G. Steele*
Daniel G. Steele
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources
Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0482
Tel: (202) 305-0484
Fax: (202) 305-0506
For the Defendants

Of Counsel:
Thomas A. Blaser
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.   MS 6513
Telephone: (202)208-5811
Fax:          (202)219-1791

*s/Heather Kendall Miller by Daniel G. Steele*
*pursuant to written authorization on*
*August 30, 2007*
Heather Kendall Miller
Alaska Bar No. 9211084
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska 99501
(907) 276-0680

*s/Andrew Harrington by Daniel G. Steele*
*pursuant to written authorization on*
*August 30, 2007*
Andrew Harrington
Alaska Bar No. 8106026
Denise Bakewell
California Bar No. 208660
Alaska Legal Services Corporation
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Attorneys for Plaintiffs

Of Counsel for Plaintiffs:
Richard A. Guest
D.C. Bar No. 477572
Native American Rights Fund
1712 N. Street, N.W.
Washington, D.C.  20036
(202) 785- 4166