UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:06-cv-00969 (RWR) ) |
| DEPARTMENT OF THE INTERIOR, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

For the reasons discussed in the Parties' Joint Motion for Extension of Time, **IT IS HEREBY ORDERED** that the motion is granted. **IT IS FURTHER ORDERED** that defendants shall file their answer or response on or before October 22, 2007.

**ORDERED** this _____ Day of _____, 2007.


RICHARD W. ROBERTS
United States District Judge

**STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER**

Pursuant to Local Rule 7.1(k), defendant hereby states that the following persons are entitled to receive notice of the Court's Order:

>Mr. Richard A. Guest
>1712 N Street, N.W.
>Washington, D.C.  20036-2976
>
>Heather Kendall Miller
>Native American Rights Fund
>420 L Street, Suite 505
>Anchorage, Alaska  9950
>
>Andrew Harrington
>Denise Bakewell
>Alaska Legal Services Corporation
>1648 South Cushman, Suite 300
>Fairbanks, Alaska 99701
>
>Daniel G. Steele
>United States Department of Justice
>Environment & Natural Resources Division
>General Litigation Section
>P.O. Box 663
>Washington, D.C.  20044-0663

                                            RICHARD W. ROBERTS
                                            United States District Judge