UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY<br>  et al., | )<br>)<br>) |  |
|   Plaintiffs, | )<br>) |  |
|       v. | )<br>) | No. 1:06-cv-00969 (RWR) |
| DEPARTMENT OF THE INTERIOR,<br>  et al. | )<br>)<br>) |  |
|   Defendants. | )<br>)<br>) |  |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINTS AND THE PARTIES' JOINT STATUS REPORT**

On July 31, 2007, the Court Ordered case consolidation of <u>Alice Kavairlook v. Dirk Kempthorne, et al.</u>, Civil Action No. 06-1405 (RWR) (now administratively closed) with the above-captioned case. On August 21, 2007, the Court issued a <u>Memorandum Opinion and Order</u> denying Defendant's <u>Motion to Transfer Venue and Suspend Obligation to Answer in the District of Columbia</u>.[1] Pursuant to the Federal Rules of Civil Procedure ("Fed.R.Civ. P."), Rule 12(a)(B)(4) the Defendant had until September 5, 2007 to file a responsive pleading after notice of the Court's action. On August 30, 2007 the parties jointly moved to extend the time by forty-five days for Defendants to respond to the Plaintiffs' Complaints, until October 22, 2007, and to submit a joint status report. Below, Defendants seek to further extend the time to respond to the

---

[1] On December 5, 2006, Defendant filed its <u>Motion to Transfer Venue and to Suspend Obligation to Answer in the District of Columbia</u> in <u>Kavairlook v. Dirk Kempthorne</u>. Plaintiff responded on January 2, 2007, and Defendant replied on January 23, 3007. The parties are proceeding on the premise that venue for the now-consolidated and administratively-closed <u>Kavairlook</u> remains in the District of Columbia Federal District Court as well.

Plaintiffs' Complaints and the parties herein jointly submit a status report.

<u>Defendant's Motion for Further Extension of time to Respond to Complaints</u>

On September 5, 2007, the Court granted Defendants an extension of time from September 5, 2007 to and including October 22, 2007 to respond to the Plaintiffs' Complaints, an extension of forty-five days. Defendants herein move for a 25-day extension of time, until November 16, 2007.

In support of the requested relief, Defendants state the following:

(1) Department of Interior's Solicitor's Office has assigned new counsel to the case, replacing an attorney who had been assigned to the case since the initial filing. While Agency work on the case has been on-going, new counsel has required time to acquire a working knowledge of the case while also attending to his medical needs which required eight days of sick leave since his assignment to the case on September 17;

(2) Defendants' undersigned counsel has had other recent court obligations in <u>Harvest Institute Freedmen Federation, et al. v. United States</u>, Docket No. 06-907, United States Court of Federal Claims where the Court rescheduled oral argument from September 28 to October 26, 2007. As a result, the undersigned Defendants' counsel has had to divert essential work in the instant case so as to respond to the Plaintiffs' Complaints; and

(3) On October 17, 2007, Defendants' undersigned counsel advised Plaintiffs' counsel, Heather Kendall Miller, attorney of record for the Akiachak Native Community, <u>et al.</u> and Andrew R. Harrington, attorney of record for Alice Kavairlook, of the reasons for the requested relief. Both counsel consent to an enlargement until November 16, 2007 with the <u>caveat</u> that Plaintiffs want to proceed as expeditiously as possible.

<u>The Parties' Joint Status Report</u>

The Court's Memorandum Opinion and Order of August 21, 2007 noted that Akiachak and Interior were in agreement that review will be limited to the administrative record. <u>Akiachak Native Community, et al. v. Dept. of the Interior, et al.</u>, 502 F. Supp. 64, 68 (D.D.C. 2007). Department of the Interior has begun the process of assembling an administrative record

relating to the claims raised in the Complaints.[2/]  The parties have agreed that a draft of the record will be made available to Plaintiffs' counsel on November 30, 2007.  Following Plaintiffs' review, the parties will meet and confer concerning the need to supplement the draft record in advance of its certification.  The parties respectfully seek to defer setting a proposed briefing schedule based on the record until counsel have had an opportunity to fully review the draft record and to supplement the record, if that is deemed appropriate, pursuant to a meeting of counsel.

Unless otherwise directed, the parties will jointly file a status report to the Court on or before January 15, 2008.

Dated this 19th day of October 2007.

Respectfully submitted,

/s/*Daniel G. Steele*
Daniel G. Steele
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0482
Tel: (202) 305-0484
Fax: (202) 305-0506
For the Defendants

Of Counsel:
David Moran
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.  MS 6513
Telephone: (202)208-3358
Fax:         (202)219-0559

---

[2/]   Defendant preserves applicable jurisdictional and other defenses concerning the claims raised in the Plaintiffs' Complaints.  Compilation of a record is not intended to waive any applicable defenses that Defendants may raise at a later time.

*s/Heather Kendall Miller* by Daniel G. Steele pursuant to written authorization on October 19, 2007
Heather Kendall Miller
Alaska Bar No. 9211084
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska 99501
(907) 276-0680


*s/Andrew Harrington* by Daniel G. Steele pursuant to written authorization on October 19, 2007
Andrew Harrington
Alaska Bar No. 8106026
Denise Bakewell
California Bar No. 208660
Alaska Legal Services Corporation
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Attorneys for Plaintiffs

Of Counsel for Plaintiffs:
Richard A. Guest
D.C. Bar No. 477572
Native American Rights Fund
1712 N. Street, N.W.
Washington, D.C.  20036
(202) 785- 4166