UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
AKIACHAK NATIVE COMMUNITY,     )
    et al.,                    )
                               )
    Plaintiffs,                )
                               )
    v.                         )    Civil Action No. 06-0969 (RWR)
                               )
DEPARTMENT OF THE INTERIOR,    )
    et al.,                    )
                               )
    Defendants.                )
_____)
```

**ORDER**

    Defendants have moved for an extension of time by which they must respond to the complaints in the actions that were consolidated at the plaintiffs' request. Counsel are reminded that all motions must comply with Local Civil Rule 7(c). In the interest of efficiency, it is hereby

    ORDERED that plaintiffs file no later than November 9, 2007 a consolidated complaint. It is further

    ORDERED that counsel confer and submit no later than November 26, 2007 a joint written report reflecting their proposal for the schedule upon which this case should proceed. The parties' joint report should also advise the Court whether the parties consent to the transfer of this case to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).

    Parties' written communication with the Court is to be by motion, opposition, and reply, rather than by letter. Oral inquiries concerning the status or scheduling of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Linda Romero, (202) 354-3166, rather than to chambers. If Ms. Romero is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office designated as her substitute. In an emergency, however, chambers can be reached at (202) 354-3400.

- 2 -

    A request for a continuance of a court date must include alternative dates that have been agreed to by all parties. Failure to provide such information may result in denial of the request.


Dated:  October 24, 2007            _____/s/_____
                                    RICHARD W. ROBERTS
                                    United States District Judge