UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | Civil Action No. 1:06-cv-0969 (RWR) <br><br> JOINT STATUS REPORT |

  The plaintiffs Akiachak Native Community et al., on behalf of and with the consent of all the parties in this consolidated proceeding, file this report. The parties conferred regarding those items specified by the Order (Docket Entry No. 14) filed Oct. 24, 2007, and, recognizing the need for them to act quickly to ready this case for court resolution, agree as to the following:

  The plaintiffs do not oppose transferring this case to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c). Defendants need additional time to present a position and have begun securing requisite review of the Court's inquiry. The parties will file another status report with this Court no later than December 20, 2007 to fully address the issue of transfer to a magistrate.

  The Defendants will file an answer to the consolidated complaints on November 27, 2007 and will send to counsel for the plaintiffs a tentative compilation of the administrative record by November 30, 2007. Each side will review this and attempt to reach agreement on the sufficiency of the record prior to certification.

  The parties agree that, unless there are unanticipated problems agreeing to the administrative record after both sides have had an opportunity to review it, they will be able to file a proposed briefing schedule with the Court by January 15, 2008.

  Respectfully submitted this 21st day of November, 2007.

/s/ Heather Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str. Suite 505
Anchorage, Alaska 99517
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

/s/ Andrew Harrington
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Email: aharrington@alsc-law.org

/s/ Richard A. Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166

Attorneys for Plaintiffs

/s/ Daniel G. Steele
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Tel: (202) 305-0484
Fax: (202) 305-0506
For the Defendants

Certificate of Service

The undersigned hereby certifies that on the 21st day of Nov., 2007, a true and correct copy of the Joint Status Report in the above-captioned case was served by electronic means upon: Daniel G. Steele, Attorney for Defendants

s/ Andrew Harrington