UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY *et al.*,<br>        Plaintiffs<br>    v.<br>DEPARTMENT OF THE INTERIOR, *et al.*.,<br>        Defendants | No. 1:06-cv-00969 (RWR) |

**STATE OF ALASKA'S MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24(a) and (b), the State of Alaska moves to intervene in this case as a matter of right, or alternatively, for permissive intervention. The issues raised in this case directly affect the State of Alaska's sovereign interests in maintaining jurisdiction over the land within its borders, as well as its interests as a settling party in preserving the integrity of the settlement codified in the Alaska Native Claims Settlement Act, 43 U.S.C. § 1601 et seq. Pursuant to local rule 7(m), the State of Alaska has conferred with counsel for plaintiffs and defendants. Counsel for plaintiffs indicated they would oppose the motion. Counsel for the defendants stated they would not oppose the motion. The reasons supporting this motion to intervene are set forth more fully in the accompanying memorandum of points and authorities.

DATED this 27th day of November, 2007.

         TALIS J. COLBERG
         ATTORNEY GENERAL


      By: /s/J. Anne Nelson
        J. Anne Nelson
        Assistant Attorney General
        Alaska Bar No. 0705023
        1031 West 4th Avenue, Suite 200
        Anchorage, Alaska 99501-1994


        /s/Elizabeth J. Barry
        Elizabeth J. Barry
        Chief Assistant Attorney General
        Alaska Bar No. 8106006
        1031 West 4th Avenue, Suite 200
        Anchorage, Alaska 99501-1994