# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>,<br><br>     Plaintiffs<br><br>     v.<br><br>DEPARTMENT OF THE INTERIOR, <u>et al.</u>.,<br><br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     No. 1:06-cv-00969 (RWR) |

## ORDER GRANTING STATE OF ALASKA'S MOTION TO INTERVENE

The State of Alaska moved to intervene as a matter of right, and alternatively, for permissive intervention. Because the State of Alaska meets the requirements of Federal Rule of Civil Procedure 24(a), it is hereby

ORDERED that the State of Alaska be, and hereby is, joined as a defendant in this case and that the caption in all future filings in this action be adjusted accordingly.

SIGNED this ____ day of _____, _____

_____
RICHARD W. ROBERTS
United States District Judge

The following attorneys are entitled to be notified of the entry of this document;

Richard A. Guest
Native American Rights Fund
1712 N Street, NW
Washington, DC 20036-2976

Heather Kendall Miller
Native American Rights Fund
420 L. Street,  Ste. 505
Anchorage, Alaska 99501

Andrew R. Harrington
Alaska Legal Services Corporation
1648 S. Cushman,  Ste. 300
Fairbanks, Alaska 99701

Denise L. Lakewell
Alaska Legal Services Corporation
1648 S. Cushman,  Ste. 300
Fairbanks, Alaska 99701

Daniel G. Steele
United States Department of Justice
P.O. Box 663
Washington, DC 20044