IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, *et al*.   )<br>                                                                       )<br>                  Plaintiffs,                           )<br>     v.                                                              )<br>                                                                       )<br>UNITED STATES DEPARTMENT OF        )<br>     THE INTERIOR, *et al*.                        )   CASE NO. 1:06-cv-969 (RWR)<br>                                                                       )<br>                  Defendants.                        )<br>                                                                       ) | |

AKIACHAK PLAINTIFF'S CERTIFICATE OF SERVICE

Certificate of Service

The undersigned hereby certifies that on the 10th day of December, 2007, a true and correct copy of the Opposition to Motion to Intervene in the above-captioned case was served by hand-delivery upon the following:

>Elizabeth Jeanne Barry
>STATE OF ALASKA DEPARTMENT OF LAW
>1031 West 4th Avenue
>Suite 200
>Anchorage, AK 99501

>J. Anne Nelson
>OFFICE OF THE ATTORNEY GENERAL
>1031 West Fourth Avenue
>Suite 200
>Anchorage, AL 99501-1994

s/ Heather Kendall Miller