UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )<br>AKIACHAK NATIVE COMMUNITY )<br>   et al., )<br>          )<br>       Plaintiffs, )<br>          )<br>        v. )<br>          )<br>DEPARTMENT OF THE INTERIOR, )<br>   et al. )<br>          )<br>       Defendants. )<br>_____) | No. 1:06-cv-00969 (RWR) |

## JOINT STATUS REPORT

The Court's Minute Order of December 12, 2007 ordered the parties to confer and submit no later than December 20, 2007 a joint written report advising whether the parties consent to the transfer of the above-captioned litigation to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).

The parties conferred on December 13-14, 2007 regarding the Court's foregoing inquiry. As reported to the Court in the parties' Joint Status Report of November 21, 2007, the Plaintiffs do not oppose transferring this case to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).  Since issuance of the Court's Order, Defendants' undersigned counsel has consulted with the attorney assigned to the case in the Department of the Interior's Office of the Solicitor and with counsel's superiors at the Department of Justice.  Following those consultations and pursuant to 28 U.S.C. § 636(c)(2), defendants respectfully state that they do not consent to designation of a Magistrate Judge for purposes of this case.

Dated this 17 day of December, 2007.

*/s/ Heather Kendall Miller*
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str. Suite 505
Anchorage, Alaska 99517
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

*/s/ Andrew Harrington*
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701

*/s/ Richard A. Guest*
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166

Attorneys for Plaintiffs

*/s/ Daniel G. Steele*
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney for the Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of December, 2007, a true and

correct copy of the Joint Status Report in the above-captioned case was served by electronic

means upon:

   Richard A. Guest, Esquire
   1712 N Street, N.W.
   Washington, D.C.  20036-2976

   Andrew Harrington, Esquire
   Alaska Legal Services Corporation
   1648 South Cushman, Suite 300
   Fairbanks, AK 99701

   Heather Kendall Miller, Esquire
   Native American Rights Fund
   420 L Street, Suite 505
   Anchorage, Alaska  99501

                                        _/s/Daniel G. Steele_____
                                        Daniel G. Steele