UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>,<br><br>     Plaintiffs<br><br>          v.<br>DEPARTMENT OF THE INTERIOR, <u>et al.</u>.,<br><br>     Defendants | No. 1:06-cv-00969 (RWR) |

### CERTIFICATE OF SERVICE

I certify that on this date I caused to be served by first class mail and also by email **Alaska's Reply Memorandum in Support of its Motion to Intervene** on the following:

Richard A. Guest
Native American Rights Fund
1712 N Street, NW
Washington, DC 20036-2976

Heather Kendall Miller
Native American Rights Fund
420 L. Street, Ste. 505
Anchorage, Alaska 99501

Andrew R. Harrington
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Denise L. Bakewell
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Daniel G. Steele
United States Department of Justice
P.O. Box 663
Washington, DC 20044

/s/ J. Anne Nelson<br>
J. Anne Nelson<br>
Assistant Attorney General<br>
Alaska Bar No. 0705023