UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al.,<br><br>    Plaintiffs<br><br>    v.<br><br>DEPARTMENT OF THE INTERIOR, et al..,<br><br>    Defendants | No. 1:06-cv-00969 (RWR) |

**STATE OF ALASKA'S MOTION TO STAY PROCEEDINGS**

The State of Alaska ("Alaska" or "State") moves the Court for an order staying all proceedings in this case until a final decision has been issued on Alaska's Motion to Intervene, filed on November 27, 2007.  Pursuant to Local Rule 7(m), counsel for Alaska has consulted with the other parties' counsel in this case regarding this motion.  The Akiachak plaintiffs oppose this motion.  Plaintiff Kavairlook also opposes this motion.  Defendants take no position on this motion.  The reasons supporting the State's motion are set forth in the accompanying memorandum of points and authorities.

DATED this 27th day of December, 2007.

        TALIS J. COLBERG
        ATTORNEY GENERAL

    By:    s/ J. Anne Nelson
            J. Anne Nelson
            Assistant Attorney General
            Alaska Bar No. 0705023
            1031 W. 4th Avenue, Suite 200
            Anchorage, Alaska 99501-1994

s/Elizabeth J. Barry
Elizabeth J. Barry
Chief Assistant Attorney General
Alaska Bar No. 8106006
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994