UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., <br><br> Plaintiffs <br> v. <br> DEPARTMENT OF THE INTERIOR, et al.., <br><br> Defendants | No. 1:06-cv-00969 (RWR) |

**STATE OF ALASKA'S MEMORANDUM IN
SUPPORT OF ITS MOTION TO STAY PROCEEDINGS**

The State of Alaska ("Alaska" or "State") respectfully requests that the Court stay all proceedings, including case management activities, in this case until a final ruling has been reached on Alaska's Motion to Intervene, filed on November 27, 2007. A stay of proceedings in this case until Alaska's intervention motion is decided will facilitate efficient case management and reduce potential future motions practice regarding sufficiency of the administrative record, briefing schedules, and other administrative and substantive matters.

The Court's Minute Order of November 30, 2007 directs the parties to file by January 15, 2008 a joint written report reflecting their proposal for the schedule upon which this case should proceed. The parties indicated in their joint status report of November 21, 2007 that they will attempt to reach agreement on the sufficiency of the record prior to certification. The parties also indicate in their November 21, 2007 status report that, barring unanticipated problems agreeing to the administrative record, they

anticipate filing a proposed briefing schedule with the Court by January 15, 2008. The State requests that the Court defer entry of any orders concerning filing of the administrative record, the briefing schedule, or any case management or substantive matters until a final ruling has been entered on Alaska's motion to intervene.

As set forth in the State's motion to intervene, Alaska has a direct interest in this case and is committed to participating as a party. Alaska would like the opportunity to participate as a party in the process of developing the administrative record and the briefing schedule, as well as the other substantive matters that may occur in this case pending determination of Alaska's intervention motion. Alaska intends that this motion to stay proceedings will facilitate efficient case management by resolving first Alaska's status as a party, before the administrative record is finalized or the briefing schedule is established. Furthermore, ruling first on Alaska's intervention would reduce later motions practice regarding the sufficiency of the record or the appropriateness of the briefing schedule.

For the above reasons, the State of Alaska respectfully requests that the Court stay all proceedings in this case until a final decision has been issued on Alaska's motion to intervene as a defendant.

//

//

//

//

DATED this 27th day of December, 2007.

        TALIS J. COLBERG
        ATTORNEY GENERAL

By:   s/J. Anne Nelson
      J. Anne Nelson
      Assistant Attorney General
      Alaska Bar No. 0705023
      1031 W. 4th Avenue, Suite 200
      Anchorage, Alaska 99501-1994

      s/Elizabeth J. Barry
      Elizabeth J. Barry
      Chief Assistant Attorney General
      Alaska Bar No. 8106006
      1031 W. 4th Avenue, Suite 200
      Anchorage, Alaska 99501-1994