UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>,<br><br>    Plaintiffs<br>        v.<br>DEPARTMENT OF THE INTERIOR, <u>et al.</u>.,<br><br>    Defendants | No. 1:06-cv-00969 (RWR) |

**ORDER STAYING PROCEEDING**

Having considered the State of Alaska's Motion to Stay Proceedings and the arguments of the parties pertaining thereto, it is hereby

ORDERED that proceedings in this case be stayed until such time as the Court has ruled on the State of Alaska's Motion to Intervene and any appeal of that decision has been determined.

SIGNED this ___ day of _____, _____

                                                                    _____
                                                                    RICHARD W. ROBERTS
                                                                    United States District Judge

The following attorneys are entitled to be notified of the entry of this document;

Richard A. Guest
Native American Rights Fund
1712 N Street, NW
Washington, DC 20036-2976

Heather Kendall Miller
Native American Rights Fund
420 L. Street, Ste. 505
Anchorage, Alaska 99501

Andrew R. Harrington
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Denise L. Bakewell
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Daniel G. Steele
United States Department of Justice
P.O. Box 663
Washington, DC 20044