UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:06-cv-00969 (RWR) ) |
| DEPARTMENT OF THE INTERIOR, et al. | ) ) ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT AND MOTION FOR SCHEDULING ORDER**

The plaintiffs Akiachak Native Community et al., on behalf of and with the consent of all the parties in this consolidated proceeding, file this report, pursuant to this Court's Minute Order of 30 November 2007, directing the parties to submit a joint written report reflecting their proposal for the schedule upon which this case should proceed.

The parties continue to make progress in attempting to reach agreement on the sufficiency of an Administrative Record ("AR") pertaining to the Plaintiffs' claims in this consolidated case. A draft AR was forwarded to counsel for the Plaintiffs on December 3, 2007. Subsequently, counsel for the parties have diligently reviewed the draft AR and have consulted on numerous occasions concerning its content. Defendants' counsel has kept Plaintiffs informed of additional searches the Department conducted during the month of December for additional documents in Department of the Interior ("Interior") records located in Washington D.C. and Alaska, which were completed on or about December 21.

Counsel for Plaintiffs requested on January 4, 2007 a specific additional search for documents. Defendants strived to respond to this document search request in time to file a certified AR by January 15, 2008 as the Court's Minute Order of November 30, 2007 required. By a January 10 email and in a January 11th telephone conference with Plaintiff Alice Kavairlook's counsel, however, it became clear that a miscommunication by the Defendant's counsel led to a search for documents through the period of the proposed rulemaking finalized in January 2001, instead of through the period of the Rule's withdrawal in November 2001. On January 14, 2008, Interior's counsel confirmed that records related to the withdrawal of the Rule likely exist, but he has not, as of yet, determined the location of a comprehensive set of such records.

Counsel for the parties discussed the possibility of filing an AR on January 15th with existing documents and subsequently supplementing the record to comply with Plaintiff's latest search request; but all counsel concurred that it was desirable to defer the filing of an AR until the January to November 2001 records could be located and searched. Interior's counsel estimates that a search for these records can be completed by January 29. Defendants propose filing the AR five days following completion of these tasks, on February 4. Plaintiffs concur.

Pursuant to compilation of the proposed AR, Plaintiffs have sent Defendants a request for discovery identifying approximately 26 documents which Defendants have listed in a "privilege log." The parties have agreed that Defendants will make their response to Plaintiffs' discovery request for these documents on or before January 24th, and Plaintiffs will shortly thereafter (no later than February 15) file a motion to compel as to those documents which, the parties anticipate, will still be contested.

The Court's Minute Order of November 30, 2007 required the parties to file by January 15, 2008 a joint scheduling proposal of how the case is to proceed. The parties herein request that the

Court call for dispositive motions be filed no later than forty days from (1) Federal Defendants' delivery to counsel for Plaintiffs of those documents on the privilege log if the Court grants Plaintiffs' motion to compel in whole or in part; (2) denial of the motion to compel; or (3) February 15, in the event no motion to compel is filed. The parties jointly so move.

In support of the relief herein requested, the parties submit that deferral of the filing of the AR until February 4, and scheduling the dispositive motion briefing deadlines at forty days following resolution of Plaintiffs' anticipated motion to compel discovery, promote the goals of judicial efficiency and conservation of the parties' limited resources and will not cause prejudice or injury to the rights and interests of the parties in this case. A proposed order is submitted herewith.

Respectfully submitted this 15 day of January, 2008.

>*/s/ Heather Kendall Miller*
>Alaska Bar No. 9211084
>NATIVE AMERICAN RIGHTS FUND
>420 L Str. Suite 505
>Anchorage, Alaska 99517
>Telephone: (907) 276-0680
>Facsimile: (907) 276-2466
>Email: kendall@narf.org
>
>*/s/ Andrew Harrington*
>Alaska Bar No. 9106026
>Denise Bakewell
>California Bar No. 208660
>ALASKA LEGAL SERVICES CORPORATION
>1648 South Cushman, Suite 300
>Fairbanks, Alaska 99701
>
>*/s/ Richard A. Guest*
>D.C. Bar No. 477572
>NATIVE AMERICAN RIGHTS FUND
>1712 N/ Street, N.W.
>Washington, D.C. 20036
>(202) 785-4166
>Attorneys for Plaintiffs

                                                  */s/ Daniel G. Steele*
                                                  D.C. Bar No. 962894
                                                  U.S. Department of Justice
                                                  Environment and Natural Resources Division
                                                  General Litigation Section
                                                  P.O. Box 663
                                                  Washington, D.C. 20044-0482
                                                  Tel: (202) 305-0484
                                                  Fax: (202) 305-0506
                                                  Attorney for the Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of January, 2008 a true and correct copy of the Joint Status Report in the above-captioned case was served by electronic means upon:

Richard A. Guest, Esquire
1712 N Street, N.W.
Washington, D.C. 20036-2976

Heather Kendall Miller, Esquire
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska 99501

Daniel G. Steele
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482

                                                  */s/Andrew Harrington*