UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AKIACHAK NATIVE COMMUNITY )
   et al., )
                                )
   Plaintiffs, )
                                )
   v. )   No. 1:06-cv-00969 (RWR)
                                )
DEPARTMENT OF THE INTERIOR, )
   et al. )
                                )
   Defendants. )
_____)

## SCHEDULING ORDER PURSUANT TO JOINT STATUS REPORT

The parties having filed their joint status report on a suggested briefing schedule, it is hereby Ordered that

1. Defendants are to file the Administrative Record by February 4, 2008;

2. Defendants are to respond to Plaintiffs' Request for Production by Jan. 24, 2008;

3. Plaintiffs, if they wish to file a motion to compel, are to do so no later than Feb. 15, 2008;

4. Dispositive motions are to be filed no later than 40 days from

   (a)   Feb. 15, 2008, if no motion to compel is filed;

   (b)   the date the Defendants produce the documents required by the Court, if a motion to compel is filed and granted in whole or in part; or

   (c)   the date of the Court's order denying the motion to compel.

Dated this ___ day of January, 2008.

                               BY: _____
                                      Richard W. Roberts
                                      United States District Judge