**Date:** 8/28/00 9:31 AM
**Sender:** SCOTT KEEP
**To:** MARY ANNE KENWORTHY
**cc:** SUZANNE SCHAEFFER
**Priority:** Normal
**Subject:** Fwd:A "Head's Up" regarding taking land in trust in Alaska

```
        FYI
                        Forward Header
        Subject:   A "Head's Up" regarding taking land in trust
        in Alaska
        Author:    ROGER HUDSON
        Date:      8/17/00 3:36 PM
```

Both I and the BIA received calls yesterday from attorney
Andrew Huff of the
Indian law Resource Center (in Montana[?], judging by his
telephone area code),
asking about the clearest expression of the Department's
position on taking land
in trust in Alaska.    He said he was representing the Douglas
Indian
Association, which is a small IRA-organized Federal Register
list recognized
Alaska tribe based in the community of Douglas, right across
Gastineau Channel
from downtown Juneau.

Initially, I was only able to refer him to the 1978 Fredericks
memo, and 25 CFR
151.1, although I told him he should not assume that the
Fredericks memo was
necessarily still regarded as an entirely persuasive legal
analysis.   Then I
realized that the Secretary had addressed the topic in the
introduction to the
publication of the draft revisions of Part 151, at 64 Federal
Register 17577-78
(April 12, 1999), so I sent him a copy of that discussion.

According to my files, it's been almost three years to the day
since we stopped
laboring over the draft memo to the Secretary reconsidering the
question of the
Secretary's authority to take land in trust in Alaska.    As
you'll recall, we
concluded that statutory authority did still exist to take land
in trust in
Alaska, but that our draft recommended that the subject be
addressed in
regulations before the Secretary attempted to exercise such
authority.   In the
meantime, of course, we have published proposed revised regs,
including the
cited discussion indicating a conscious decision not to change
the policy of not
taking land in trust for Alaska Native tribes or individuals.