UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., ) ) ) Plaintiffs, ) ) v. ) ) DEPARTMENT OF THE INTERIOR, et al. ) ) ) Defendants. ) ) | No. 1:06-cv-00969 (RWR) ORDER GRANTING MOTION TO COMPEL |

Pursuant to plaintiffs' motion, this Court having considered the arguments raised in support thereof and in opposition thereto, it is hereby Ordered that plaintiffs' motion to compel production is granted, and Defendants are to supply Counsel for Plaintiffs with copies of those documents listed in the motion within 15 days.

Dated: _____

                                              RICHARD W. ROBERTS
                                              United States District Court Judge