UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR, et al.<br><br>Defendants. | No. 1:06-cv-00969 (RWR) |

**DEFENDANTS' MOTION TO DEFER THE FILING
OF THE ADMINISTRATIVE RECORD**

Defendants hereby move for an Order deferring the date for filing of the Administrative Record ("AR") in this matter for eight (8) days, until February 11, 2008. The AR is currently due for filing February 4, 2008.

Background

In a November 30, 2007 Minute Order, the Court ordered Defendants to file a certified copy of the AR by January 15, 2008. Subsequently a draft AR was assembled and provided to counsel for the Plaintiffs in an effort to resolve any disputes regarding the content of the AR in advance of filing. As reported to the Court in a Joint Status Report ("JSR") filed on January 15, 2008, additional searches were conducted during the month of December for relevant documents located in Washington, D.C. and Alaska. Pursuant to Plaintiffs' request for a further document search, Defendants located and retrieved 17 Documents from the American Indian Records Repository ("AIRR") in Lenexa, Kansas. The undersigned counsel received these documents today, February 4, 2008, not by January 29 as the United States Department of the Interior

("Interior") had estimated and Defendants reported in the JSR as the expected date of receipt. In the JSR, Defendants proposed filing the AR five days following receipt of the documents, or by February 4.

### Request for Extension of Time

In support of the requested relief for an extension of time, Defendants state as follows:

(1) Despite diligent efforts to file the AR by February 4, the search for documents at AIRR required more time than Defendants had estimated in the JSR. The undersigned counsel attempted to expedite the search by utilizing paralegal assistance from Washington, D.C. to work with AIRR employees on site in Kansas;

(2) Receipt of the documents today by the undersigned counsel will now permit Defendants to incorporate these documents in the AR and prepare the complete AR for electronic filing. Defendants request an enlargement of time to February 11 to complete this process;

(3) This motion for extension of time of eight days will not cause any additional delay in the litigation of substantive issues. Plaintiffs filed on February 1 their Motion to Compel production of documents that Defendants have determined to be privileged and not subject to production. Defendant's response is due on February 12 and Plaintiffs' reply is due February 18. The parties have jointly requested in the JSR that a schedule for briefing on the substantive issued be deferred until forty days following resolution of Plaintiffs' pending Motion; and

(4) The undersigned counsel contacted, but was unable to reach Plaintiffs' counsel, Attorney Heather Kendall Miller and Attorney Andrew Harrington to seek their concurrence for the requested extension of time. Mr. Harrington responded with a voice mail stating that

-2-

Plaintiff Kavairlook would not oppose the relief requested herein.

Dated this 4th day of February, 2008.

                                         Respectfully submitted,

                                         */s/ Daniel G. Steele*
                                         D.C. Bar No. 962894
                                         U.S. Department of Justice
                                         Environment and Natural Resources Division
                                         General Litigation Section
                                         P.O. Box 663
                                         Washington, D.C. 20044-0482
                                         Tel: (202) 305-0484
                                         Fax: (202) 305-0506
                                         Attorney for the Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th day of February, 2008 a true and correct copy of Defendants' Motion for Extension of Time was served by electronic filing upon:

 Richard A. Guest, Esquire
1712 N Street, N.W.
Washington, D.C.  20036-2976

Andrew Harrington, Esquire
Alaska Legal Services Corporation
1648 South Cushman, Suite 300
Fairbanks, AK 99701

Heather Kendall Miller, Esquire
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska  99501

                                                          /s/Daniel G. Steele
                                                          Daniel G. Steele