UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| 5. | ) ) | No. 1:06-cv-00969 (RWR) |
| DEPARTMENT OF THE INTERIOR, <u>et al.</u> | ) ) ) |  |
| Defendants. | ) ) ) |  |

**[PROPOSED] ORDER**

For the reasons presented in the Defendants' Motion to Defer the Filing of the

Administrative Record filed on February 4, 2008, **IT IS HEREBY ORDERED** that Defendants'

Motion is granted.  Defendants shall file their administrative record by February 11, 2008.

**ORDERED** this _____ Day of _____, 2008.

RICHARD W. ROBERTS
United States District Judge

**STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER**

Pursuant to Local Rule 7.1(k), defendant hereby states that the following persons

are entitled to receive notice of the Court's Order:

> Mr. Richard A. Guest
> 1712 N Street, N.W.
> Washington, D.C.  20036-2976
>
> Heather Kendall Miller
> Native American Rights Fund
> 420 L Street, Suite 505
> Anchorage, Alaska  9950
>
> Andrew Harrington
> Denise Bakewell
> Alaska Legal Services Corporation
> 1648 South Cushman, Suite 300
> Fairbanks, Alaska 99701
>
> Daniel G. Steele
> United States Department of Justice
> Environment & Natural Resources Division
> General Litigation Section
> P.O. Box 663
> Washington, D.C.  20044-0663

_____
RICHARD W. ROBERTS
United States District Judge