UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>DEPARTMENT OF THE INTERIOR, <u>et al.</u><br><br>　　Defendants. | No. 1:06-cv-00969 (RWR) |

**DEFENDANTS' NOTICE OF FILING OF THE ADMINISTRATIVE RECORD**

Defendants hereby give notice of the electronic filing of the Administrative Record in this case, which includes an Index, Privilege Log, and Certification of the Record by David Moran, Attorney-Advisor in the United States Department of the Interior's Office of the Solicitor in Washington, D.C.

Filed this 8th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　RONALD J. TEMPAS
<u>Of Counsel</u>:　　　　　　　　　　　　　　Assistant Attorney General
David Moran
Attorney-Advisor　　　　　　　　　　　　/s/*Daniel G. Steele*
Division of Indian Affairs　　　　　　　　Daniel G. Steele
Office of the Solicitor　　　　　　　　　　D.C. Bar No. 962894
U.S. Department of the Interior　　　　　U.S. Department of Justice
1849 C Street, N.W.   MS 6513　　　　　Environment and Natural Resources
Telephone: (202) 208-3358　　　　　　　　Division
Fax:　　(202) 219-1791　　　　　　　　　General Litigation Section
　　　　　　　　　　　　　　　　　　　　　P.O. Box 663
　　　　　　　　　　　　　　　　　　　　　Washington, D.C.   20044-0482
　　　　　　　　　　　　　　　　　　　　　Tel: (202) 305-0484
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 305-0506
　　　　　　　　　　　　　　　　　　　　　For the Defendants

## CERTIFICATE OF SERVICE

I, Daniel G. Steele, hereby certify on this 8th day of February, 2008 I have caused the foregoing Defendants' Notice of Filing of the Administrative Record to be served by electronic filing on the following counsel:

 Richard A. Guest, Esquire
1712 N Street, N.W.
Washington, D.C.  20036-2976

Andrew Harrington, Esquire
Alaska Legal Services Corporation
1648 South Cushman, Suite 300
Fairbanks, AK 99701

Heather Kendall Miller, Esquire
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska  99501

                                                              */s/Daniel G. Steele*
                                                              Daniel G. Steele