UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:06-cv-00969 (RWR) |
| DEPARTMENT OF THE INTERIOR, et al. | ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATION OF DAVID MORAN**

I, David Moran, make the following declaration:

1.  I, David Moran, am an Attorney – Advisor at the United States Department of

Interior in the Office of the Solicitor. I have been employed in this capacity from

April, 1991, to the present time. In this capacity, part of my responsibilities

include, but are not limited to coordinating, compiling and preparing the

administrative record for cases to which I am assigned. In this capacity I

coordinated and compiled all the documents relevant to the matters presented in

this case.

2.  To the best of my knowledge, the administrative record and corresponding index

to be filed with the Court constitutes a true, correct, and complete copy of the

original record located at the Department of the Interior in Washington, D.C.

3.     I swear under penalty of perjury that the foregoing is true and correct.


Dated this 8th day of February, 2008.

David Moran

# AKIACHAK NATIVE COMMUNITY v. DEPARTMENT OF THE INTERIOR

## ADMINISTRATIVE RECORD

## DOCUMENT INDEX

| DATE | DOCUMENT | ADMIN RECORD # |
|---|---|---|
| 9/15/1978 | Memorandum to Assistant Secretary – Indian Affairs from Associate Solicitor, Indian Affairs regarding trust land for the Natives of Venetie and Artic Village | AR00001 |
| 9/20/1978 | Letter from the Solicitor to the Agent, Native Village of Venetie Tribal Government regarding the scope of Secretary of the Interior's authority to restore the former Venetie reserve to trust status | AR00005 |
| 4/01/1980 | Memorandum to William C. "Spud" Williams from Mike Walleri regarding recovery of Tetlin's Reservation Status | AR00014 |
| 9/18/1980 | Federal Register publication of final rule governing the acquisition of land by the United States in trust status for individual Indians and Indian tribes | AR00018 |
| 11/03/1980 | Memorandum to Area Directors, Bureau of Indian Affairs From the Secretary of the Interior regarding the implementation of land acquisition regulations, 25 C.F.R. § 120a | AR00022 |
| 1/20/1986 | Tundra Times newspaper feature entitled "Indian News Notes" | AR00027 |

| DATE | DOCUMENT | ADMIN RECORD # |
|---|---|---|
| 5/01/1991 | Memorandum (with attachments) to Office of the Regional Solicitor, Alaska Region from Area Director, Juneau Area Office transmitting copies of documents which constitute the office's case file concerning Native Village of Point Hope petition to take lands into trust and requesting legal review and analysis of same | AR0028 |
| 5/07/1991 | Memorandum to Superintendent, Fairbanks Agency from Juneau Area Office Realty Officer regarding Native Villabe of Point Hope petition to take lands in trust | AR00119 |
| 5/09/1991 | Facsimile transmission cover page addressed to Scott Keep from Roger Hudson indicating transmission of eight pages concerning status of Point Hope petition and memorandum regarding tribal status of Alaska Native Villages | AR00126 |
| 7/15/1991 | Federal Register publication of proposed rule to modify a section within Part 151 and create a new section governing the trust acquisition of lands located off-reservation | AR00127 |
| 1/19/1993 | Memorandum to Secretary from Solicitor regarding the governmental jurisdiction of Alaska Native Villages over land and members | AR00130 |
| 04/1994 | Draft briefing paper prepared by Scott Keep, SOL-DIA for Secretary Babbitt concerning the acceptance of land title in trust for Alaska Natives | AR00268 |

| DATE | DOCUMENT | ADMIN RECORD # |
|---|---|---|
| 4/15/1994 | Facsimile transmission cover page (with attachment) addressed to Roger Hudson from R. Parot transmitting copy of news article entitled "Alaska Natives Among Tribes Meeting President Clinton | AR00270 |
| 10/11/1994 | Petition for Rule-Making to the Secretary for the Interior to Revise 25 C.F.R. § 151.1 to Bring Federally Recognized Alaska Native Tribes within the Scope of Federal Regulations Authorizing the Acquisition of Land in Trust Status | AR00272 |
| 1/05/1995 | WAIS Document Retrieval copy of Federal Register publication of notice of and request for comments on petition for rulemaking concerning Alaska Native land acquisitions | AR00297 |
| 1/05/1995 | Federal Register publication of notice of and request for comments on petition for rulemaking concerning Alaska Native land acquisitions | AR00299 |
| 6/06/1995 | Letter to Michael D. Cox, General Counsel from Scott Keep, Assistant Solicitor regarding whether lands held by the Akiachak Native Community fall within the definition of "Indian lands" in the Indian Gaming Regulatory Act | AR00300 |
| 7/10/1997 | Memorandum to Deborah Williams, Special Assistant to the Secretary from Roger Hudson, Attorney regarding taking Land in Alaska in trust for tribes or Native individuals | AR00303 |

| DATE | DOCUMENT | ADMIN RECORD # |
|------|----------|----------------|
| 10/1997 | *Village of Ruidoso, N.M. v. Albuquerque Area Director*, Bureau of Indian Affairs, 24 ILR 7119 (1997) | AR00339 |
| 4/16/1998 | Memorandum to Area Directors and Area Realty Officers from Acting Deputy Commissioner of Indian Affairs regarding policy statement concerning qualifying as an Indian under the IRA | AR00342 |
| 4/18/1998 | Information packet prepared by Bureau of Indian Affairs on and in connection with proposed amendments to land into trust regulations | AR00343 |
| 4/08/1999 | Press release prepared by the Office of the Secretary entitled "Interior Department to Streamline Policies for Taking Land Into Trust for Indians" | AR00353 |
| 4/12/1999 | Federal Register publication of and request for comments on proposed rule amending 25 C.F.R. Part 151, regulations governing the acquisition of title to land in trust process | AR00355 |
| 5/10/1999 | Facsimile transmission cover page (with attachments) addressed to Lauri Adams, Niles Cesar and Glenda Miller from Marilyn Heiman transmitting two pages of information concerning discretionary acquisitions in Alaska | AR00371 |
| 5/10/1999 | Comments on proposed rule amending 25 C.F.R. Part 151 submitted by Alaska Inter-Tribal Council | AR00374 |

| DATE | DOCUMENT | ADMIN RECORD # |
|---|---|---|
| 6/16/1999 | Comments on proposed rule amending 25 C.F.R. Part 151 submitted by Native Village of Eklutna | AR00376 |
| 9/08/1999 | Comments on proposed rule amending 25 C.F.R. Part 151 submitted by State of Alaska | AR00380 |
| 9/08/1999 | Comments on proposed rule amending 25 C.F.R. Part 151 submitted by State of Alaska | AR00384 |
| 11/10/1999 | Comments on proposed rule amending 25 C.F.R. Part 151 submitted on behalf of Alaska Inter-Tribal Council, Chilkoot Indian Association, Native Village of Larsen Bay, Kenaitze Indian tribe, Native Village of Tuluksak, RurAL CAP, Alaska Village Council Presidents, Tanana Chiefs Conference, Mashpee Wampanoag Tribal Council, Shinnecock Indian Nation, United Houma Nation, and Pamunkey Indian Tribe | AR00405 |
| 11/11/1999 | Comments on proposed rule amending 25 C.F.R. Part 151 submitted by Akiachak Native Community | AR00425 |
| 11/12/1999 | Comments on proposed rule amending 25 C.F.R. Part 151 submitted by Tongrass Tantakwaan Tlingit Tribe | AR00429 |
| 11/12/1999 | Comments on proposed rule amending 25 C.F.R. Part 151 submitted by Central Council, Tlingit and Haida Indian Tribes of Alaska | AR00485 |
| 11/12/1999 | Comments on proposed rule amending 25 C.F.R. Part 151 submitted by Alaska State Legislature | AR00494 |
| 12/29/1999 | Comments on proposed rule amending 25 C.F.R. Part 151 submitted by Arctic Slope Native Association Ltd. | AR00496 |
| 8/22/2000 | BIA Letter to Karluk IRA Tribal Counsel following up to a letter regarding concerns expressed in the Tribe's letter to President Clinton | AR00500 |
| 12/29/2000 | Signed copy of final rule amending 25 C.F.R. Part 151 | AR00528 |

| DATE | DOCUMENT | ADMIN RECORD # |
|------|----------|----------------|
| 1/16/2001 | Federal Register publication of final rule amending 25 C.F.R. Part 151 | AR00585 |
| 1/16/2001 | Memorandum to Assistant Secretary – Indian Affairs from Solicitor regarding rescinding the September 15, 1978, opinion of the Associate Solicitor for Indian Affairs entitled "Trust Land for the Natives of Venetie and Artic Village" | AR00619 |
| 1/16/2001 | Facsimile transmission cover page (with attachment) addressed to Lauri Adams and Roger Hudson from Mary Anne Kenworthy transmitting copy of Solicitor's January 16, 2001, memorandum rescinding the September 15, 1978 opinion | AR00621 |
| 1/17/2001 | Facsimile transmission cover page (with attachment) addressed to all Regional Directors and Regional realty officers from Larry E. Scrivner transmitting copy of Solicitor's January 16, 2001, memorandum rescinding the September 15, 1978 opinion | AR00624 |
| 2/05/2001 | Federal Register publication of notice concerning delay of effective date of final rule amending 25 C.F.R. Part 151 | AR00627 |
| 4/16/2001 | Federal Register publication of request for comments concerning delay of effective date of final rule amending 25 C.F.R. Part 151 | AR00629 |

| DATE | DOCUMENT | ADMIN RECORD # |
|---|---|---|
| 6/08/2001 | Comments on proposed rule amending 25 C.F.R. Part 151 submitted on behalf of Alaska Inter-Tribal Council, Chilkoot Indian Association, Native Village of Larsen Bay, Kenaitze Indian tribe, Native Village of Tuluksak, RurAL CAP and Native Village of Ft. Yukon | AR00630 |
| 6/13/2001 | Comments on proposed fee/trust regulations by the Native Village of Barrow and Native Village of Akiak | AR00644 |
| 6/14/2001 | Comments on Final Regulations on Acquisition of Title to Land in Trust by Akutan Traditional Council | AR00654 |
| 6/14/2001 | Comments on Acquisition of Title to Land in Trust by the State of Alaska | AR00656 |
| 6/15/2001 | Comments on Final Regulations on Acquisition of Title to Land in Trust by Craig Tribal Association | AR00662 |
| 6/15/2001 | Comments on Final Regulations on Acquisition of Title to Land in Trust by the client tribes of Sonosky, Chambers, Sachse, Endreson & Perry | AR00665 |
| 6/15/2001 | Comments on Final Regulations on Acquisition of Title to Land in Trust by the states of Alabama, Alaska Arizona, Colorado, Connecticut, Florida, Idaho, Indiana, Kansas, Louisiana, Michigan, Mississippi, Missouri, Nevada, New Jersey, New Mexico, North Dakota, Ohio, Rhode Island, South Dakota, Utah, Vermont and Washington | AR00694 |
| 6/15/2001 | Comments on Final Regulations on Acquisition of Title to Land in Trust by Organized Village of Kasaan Ira | AR00704 |
| 6/15/2001 | Comments on Final Regulations on Acquisition of Title to Land in Trust by Old Harbor Tribal Council | AR00707 |
| 6/15/2001 | Comments on Final Regulations on Acquisition of Title to Land in Trust by Central Council, Tlingit and Haida Indian Tribes of Alaska | AR00709 |
| 6/15/2001 | Comments on Final Regulations on Acquisition of Title to Land in Trust by Organized Village of Saxman, Saxman I.R.A. Council | AR00720 |

| DATE | DOCUMENT | ADMIN RECORD # |
|---|---|---|
| 6/15/2001 | Comments on Final Regulations on Acquisition of Title to Land in Trust by Organized Village of Saxman, Saxman I.R.A. Council | AR00723 |
| 6/15/2001 | Comments on Final Regulations on Acquisition of Title to Land in Trust by Sitka Tribe of Alaska | AR00727 |
| 6/15/2001 | Comments on Final Regulations on Acquisition of Title to Land in Trust by Koyukuk Tribe | AR00734 |
| 6/25/2001 | Comments on Final Regulations on Acquisition of Title to Land in Trust by Chilkat Indian Village | AR00739 |
| 8/13/2001 | Federal Register publication of notice extending delay of effective date of final rule amending 25 C.F.R. Part 151 | AR00742 |
| 8/13/2001 | Federal Register publication of notice and request for comments on proposed withdrawal of final rule amending 25 C.F.R. Part 15 | AR00744 |
| 11/09/2001 | Federal Register publication of withdrawal of final rule amending 25 C.F.R. Part 15 | AR00748 |
| 11/30/2007 | Memorandum to Heather Kendall and Andrew Harrington from David Moran concerning the submission of the informal administrative record in the matter of Aliachak v. DOI | AR00752 |
| 1/04/2008 | Copy of e-mail addressed to David Moran from Daniel Steele forwarding an e-mail from Andrew Harrington concerning the development of the administrative record in the matter of Aliachak v. DOI | AR00756 |
| Not Dated | Documents attached together and marked as "Attachment No. 1 – 9" consisting of federal regulations and laws, letters, memorandum, checklists and standard forms related to the acquisition of land in trust | AR00760 |

| DATE | DOCUMENT | ADMIN RECORD # |
|------|----------|----------------|
| Not Dated | Memorandum entitled "Challenges to the Constitutionality of § 465" | AR00779 |

**AKIACHAK NATIVE COMMUNITY V. DEPARTMENT OF THE INTERIOR**

**PRIVILEGE LOG**

| Doc. No. | Date | Document |
|----------|------|----------|
| 1 | 09/14/1995 | E-mail from Robert Anderson to John Leshy regarding Alaska gaming lawsuit |
| 2 | 09/15/1995 | E-mail from John Leshy to Lauri Adams regarding Venetie appeal |
| 3 | 01/29/1996 | E-mail from Lauri Adams to Roger Hudson regarding trust land acquisitions in Alaska |
| 4 | 04/04/1996 | Note from Wayne Nordwall to Bob Anderson regarding amendment to land acquisition regulations |
| 5 | 05/09/1996 | Letter from Lynn Peterson to Robert Bundy regarding acquisition of trust land on behalf of Indians |
| 6 | 02/18/1997 | Memorandum from Lauri Adams to John Leshy regarding impact and implications of 9th Circuit's decision in Venetie |
| 7 | 03/04/1997 | E-mail from Roger Hudson to Lauri Adams regarding Sandra Ashton's memo regarding taking land into trust |
| 8 | 05/06/1997 | Memorandum from Sandra Ashton to Carol Russel regarding Indian Country in Alaska |
| 9 | 07/18/1997 | E-mail from Scott Keep to Sandra Ashton regarding implications of DOI taking land into trust in Alaska |
| 10 | 07/26/1997 Thru 8/18/1997 | Working drafts of a proposed memorandum from the Solicitor to the Secretary regarding acquisition of land in trust for Alaska Natives and tribes |
| 11 | 08/13/1997 | E-mail from Roger Hudson to John Leshy regarding proposed edits to 08/12/1997 draft of Alaska trust lands memo |
| 12 | 08/15/1997 | E-mail from Roger Hudson to John Leshy regarding comments on Alaska trust lands memo received 08/15/1997 |
| 13 | 08/18/1997 | E-mail from Roger Hudson to John Leshy regarding Alaska trust lands memo and latest version to same |
| 14 | 08/18/1997 | E-mail from John Leshy to Sandra Ashton regarding edits to Alaska lands draft memo |

i

| Doc. No. | Date | Document |
|---|---|---|
| 15 | 08/18/1997 | E-mail from Bob Anderson to Heather Sibbison regarding Alaska trust lands |
| 16 | 04/2/1999 | E-mail from Roger Hudson to Dennis Hopewell regarding proposed regulations governing acquisitions of land in trust |
| 17 | 05/18/1999 | E-mail from Roger Hudson to Marilyn Heiman regarding draft revisions to 25 C.F.R. part 151 |
| 18 | 02/26/1999 | Working draft of proposed amendment to rule, 25 C.F.R. Part 151 |
| 19 | 08/16/2000 | Fax cover sheet in connection with transmission of documents regarding acceptance of land in trust in Alaska |
| 20 | 08/17/2000 | E-mail from Roger Hudson to John Leshy regarding a "heads up" in relation to taking land in trust in Alaska |
| 21 | 08/21/2000 | E-mail from Scott Keep to Mary Anne Kenworthy and Suzanne Schaeffer forwarding Document 20, above. |
| 22 | 12/21/2000 | E-mail from Roger Hudson to Laurie Adams regarding taking land in trust in Alaska and final rule revising 25 C.F.R. Part 151 |
| 23 | 01/26/2001 | E-mail from Lauri Adams to Roger Hudson regarding taking lands in trust in Alaska |
| 24 | 01/05/2001 | E-mail from Mary Anne Kenworthy to Roger Hudson regarding 25 C.F.R. Part 151 regulations with relation to taking land in trust in Alaska |
| 25 | 04/25/2001 | E-mail from Roger Hudson to Mary Anne Kenworthy regarding taking land in trust in Alaska |
| 26 | 04/25/2001 | E-mail from Scott Keep to Mary Anne Kenworthy regarding taking land in trust in Alaska |
| 27 | 02/05/2002 | E-mail from Mary Anne Kenworthy to Phil Hogan regarding lands in trust in Alaska |