UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | No. 1:06-cv-00969 (RWR) |

**JOINT MOTION TO STAY CONSIDERATION OF PLAINTIFFS' PENDING MOTION TO COMPEL**

On February 1, 2008, Plaintiffs filed their motion to compel production of documents which Defendants have determined are protected from release by Governmental privileges and, therefore, were not included in the Administrative Record ("AR") filed on February 8, 2008.[1/] On February 6, 2008, the Court issued a Scheduling Order which, in part, admonished the parties "to confer in good faith in an effort to resolve the discovery dispute . . .." Scheduling Order, ¶ 3.

On February 7th, the parties, through their counsel, discussed the Court's Order and agreed to attempt a resolution of the discovery dispute without the Court's intervention. Defendants agreed to revisit the bases to their objections to release of the documents identified on the Privilege Log and, where Defendants renew privilege assertions, to expand Defendants'

---

[1/]  Plaintiffs' Motion to Compel Production preceded the AR's filing because privilege issues were first brought to Plaintiffs' attention pursuant to a "Privilege Log" that accompanied a draft copy of the AR, as then assembled, both of which were forwarded to Plaintiffs' counsel on December 3 and 4, 2007. Plaintiffs requested production of the documents listed on the Privilege Log by their First Request for Discovery of December 21, 2007, and Defendants objected to the disclosure of the documents listed in the Privilege Log for the reasons asserted in Defendants' Response, forwarded to Plaintiffs' counsel on January 24, 2008.

description of the documents in an amendment to the Log. Both parties agreed to work together to achieve an agreement pursuant to these renewed efforts by February 26, 2008.

To accomplish these tasks, the parties have agreed, subject to the Court's consent, to stay further briefing on the Plaintiffs' Motion to Compel until February 26th, at which time they will file a joint status report on the outcome of these efforts. Should the parties be unable to resolve the dispute in this time, Defendants would have until March 10th to file a response to the Plaintiffs' Motion.

For these reasons, the parties move the Court to grant the relief requested herein.

Respectfully submitted this 12th day of February, 2008.

*/s/ Heather Kendall Miller*
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str. Suite 505
Anchorage, Alaska 99517
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org


*/s/ Andrew Harrington*
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701


*/s/ Richard A. Guest*
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166

Attorneys for Plaintiffs

-3-

*/s/ Daniel G. Steele*
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney for the Defendants

<u>Of Counsel</u>:
David Moran
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.   MS 6513
Telephone: (202) 208-3358
Fax:         (202) 219-1791

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of February, 2008 a true and correct copy of Defendants' Motion for Extension of Time was served by electronic filing upon:

>Richard A. Guest, Esquire
>1712 N Street, N.W.
>Washington, D.C. 20036-2976
>
>Andrew Harrington, Esquire
>Alaska Legal Services Corporation
>1648 South Cushman, Suite 300
>Fairbanks, AK 99701
>
>Heather Kendall Miller, Esquire
>Native American Rights Fund
>420 L Street, Suite 505
>Anchorage, Alaska 99501

>>/s/Daniel G. Steele
>>Daniel G. Steele