UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>,<br><br>　　　Plaintiffs,<br><br>　　　　v.<br><br>DEPARTMENT OF THE INTERIOR, <u>et al.</u><br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　No. 1:06-cv-00969 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

For the reasons discussed in the parties' Joint Motion to Stay Consideration of Plaintiffs' pending Motion to Compel filed on February 12, 2008, **IT IS HEREBY ORDERED** that the pending motion shall be stayed until February 26, 2008.  Defendant shall have until March 10, 2008 to respond should it be necessary to reinstate the pending Motion if the parties are unable to resolve the discovery dispute by February 26th.  **IT IS FURTHER ORDERED** that the parties shall file a status report to advise the Court of the results of their efforts to resolve the dispute on or before February 26, 2008.

　　　**ORDERED** this _____ day of _____, 2008.


　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD W. ROBERTS
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER**

Pursuant to Local Rule 7.1(k), defendant hereby states that the following persons are entitled to receive notice of the Court's Order:

> Mr. Richard A. Guest
> 1712 N Street, N.W.
> Washington, D.C. 20036-2976
>
> Heather Kendall Miller
> Native American Rights Fund
> 420 L Street, Suite 505
> Anchorage, Alaska 9950
>
> Andrew Harrington
> Denise Bakewell
> Alaska Legal Services Corporation
> 1648 South Cushman, Suite 300
> Fairbanks, Alaska 99701
>
> Daniel G. Steele
> United States Department of Justice
> Environment & Natural Resources Division
> General Litigation Section
> P.O. Box 663
> Washington, D.C. 20044-0663

                                           RICHARD W. ROBERTS
                                           United States District Judge