UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-cv-0969 (RWR/JMF) |
| DEPARTMENT OF THE INTERIOR, et al. | ) ) ) | JOINT STATUS REPORT REGARDING DISCOVERY ISSUES and JOINT MOTION FOR FURTHER STAY OF |
| Defendants. | ) ) | CONSIDERATION OF PLAINTIFFS' PENDING MOTION TO COMPEL |

On Feb. 12, 2008, the parties filed a Joint Motion to Stay Consideration of Plaintiffs' Pending Motion to Compel, agreeing to stay further briefing on the Motion to Compel, promising a joint status report on Feb. 26, and agreeing that Defendants could have until March 10 to file a response to the motion to compel if the parties proved unable to resolve the dispute.

The Defendants have since that time worked on revising the privilege log to provide more detailed descriptions of the documents, and have decided to withdraw their claim of privilege as to some portions of the documents on the original privilege log.

The revised privilege log document status sheet and copies of the now-released documents are being sent to counsel for plaintiffs, but will not arrive in Alaska until late in the day on Tuesday the 26th or perhaps Wednesday the 27th. Counsel for plaintiffs will need time to review the materials, and perhaps engage in further discussions with defendants thereafter.

For that reason, the parties jointly move that they be given until Tuesday March 4 to file their joint status report on the outcome of their efforts to achieve an agreement, and that the Defendants have until March 17th to file, if necessary, a response to Plaintiffs' motion.

Respectfully submitted this 26th day of February, 2008.

*/s/ Heather Kendall Miller*
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str. Suite 505
Anchorage, Alaska 99517
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

*/s/ Andrew Harrington*
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Telephone: (907) 452-5181
Facsimile: (907) 456-6359
Email: aharrington@alsc-law.org, dbakewell@alsc-law.org

*/s/ Richard A. Guest*
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166
Attorneys for Plaintiffs

*/s/ Daniel G. Steele*
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney for the Defendants

Of Counsel: David Moran, Attorney-Advisor
Division of Indian Affairs, Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W. MS 6513
Telephone: (202) 208-3358
Fax: (202) 219-1791