UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, <u>et al</u>., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:06-cv-0969 (RWR/JMF) ) |
| DEPARTMENT OF THE INTERIOR, <u>et al</u>. | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

For the reasons discussed in the parties' Joint Status Report Regarding Discovery Issues and Joint Motion for Further Stay of Consideration of Plaintiffs' Pending Motion to Compel, filed on February 26, 2008, **IT IS HEREBY ORDERED** that the pending motion to compel shall be further stayed until March 4, 2008. Defendant shall have until March 17, 2008 to respond should it be necessary to reinstate the pending Motion if the parties are unable to resolve the discovery dispute by March 4. **IT IS FURTHER ORDERED** that the parties shall file a status report to advise the Court of the results of their efforts to resolve the dispute on or before March 4, 2008.

**ORDERED** this _____ day of _____, 2008.

_____
JOHN M. FACCIOLA
United States Magistrate Judge