IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, *et al.* ) | |
| ) Civil Action No. 1:06-cv-0969 (RWR/JMF) | |
| ) | |
| Plaintiffs, ) | |
| v.    ) NOTICE OF WITHDRAWAL OF | |
| ) MOTION TO COMPEL | |
| DEPARTMENT OF THE INTERIOR, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Pursuant to the Court's scheduling Order of February 6, 2008 (Dkt. No. 32), the parties have conferred in good faith in an effort to resolve their discovery dispute and have come to agreement regarding the privilege log documents. Accordingly, plaintiffs hereby give notice of withdrawing their motion to compel (Dkt. No. 36).

    Respectfully submitted this 11th day of March.

    *s/ Heather Kendall Miller*
(AK Bar # 9211084)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

*s/ Andrew Harrington*
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1658 South Cushman, Suite 300
Fairbanks, Alaska 99701

Telephone: (907) 452-5181
Facsimile: (907) 456-6359
Email: aharrington@alsc-law.org,
dbakewell@alsc-law.org

*s/ Richard A. Guest*
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N. Street, N.W.
Washington, D.C. 20036
Telephone: (202) 785-4166

Attorneys for Plaintiffs

Certificate of Service

The undersigned hereby certifies that on the 11th day of March, 2007, a true and correct copy of the Notice of Withdrawal of Motion to Compel in the above-captioned case was served by electronic means upon the following:

Daniel G. Steele


Attorney for Defendants


s/ Heather Kendall Miller