UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY et al., | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs | | |
| v. | | No. 1:06-cv-00969 (RWR) |
| DEPARTMENT OF THE INTERIOR, et al.., | | |
| Defendants | | |

**STATE OF ALASKA'S RENEWED MOTION TO STAY PROCEEDINGS**

The State of Alaska ("Alaska" or "State") renews its December 27, 2007 motion for an order staying all proceedings in this case until a final decision has been issued on Alaska's Motion to Intervene, filed on November 27, 2007.  Pursuant to Local Rule 7(m), counsel for Alaska has consulted with the other parties' counsel in this case regarding this renewed motion.  The Akiachak plaintiffs continue to oppose the renewed motion.  Plaintiff Kavairlook also opposes the renewed motion.  Defendants have stated that they will file a separate response in support of the renewed motion.

The reasons supporting the State's renewed motion are set forth in the accompanying memorandum of points and authorities.

DATED this 9th day of April, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

By:    s/ J. Anne Nelson
       J. Anne Nelson
       Assistant Attorney General
       Alaska Bar No. 0705023
       1031 W. 4th Avenue, Suite 200
       Anchorage, Alaska 99501-1994


       s/Elizabeth J. Barry
       Elizabeth J. Barry
       Chief Assistant Attorney General
       Alaska Bar No. 8106006
       1031 W. 4th Avenue, Suite 200
       Anchorage, Alaska 99501-1994


# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of April, 2008 a true

and correct copy of the **State of Alaska's Renewed Motion to Stay Proceedings** in the

above-captioned case was served by electronic means and by U.S. First Class Mail,

postage prepaid upon:

Richard A. Guest                          Heather Kendall Miller
Native American Rights Fund               Native American Rights Fund
1712 N Street, NW                         420 L. Street,  Ste. 505
Washington, DC 20036-2976                 Anchorage, Alaska 99501

Andrew R. Harrington
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Denise L. Bakewell
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Daniel G. Steele
United States Department of Justice
P.O. Box 663
Washington, DC 20044


s/J. Anne Nelson
J. Anne Nelson
Assistant Attorney General
Alaska Bar No. 0705023

s/Elizabeth J. Barry
Elizabeth J. Barry
Chief Assistant Attorney General
Alaska Bar No. 8106006