UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>,<br><br>   Plaintiffs<br>   v.<br>DEPARTMENT OF THE INTERIOR, <u>et al.</u>.,<br><br>   Defendants | ) ) ) ) ) ) ) ) ) ) ) )   No. 1:06-cv-00969 (RWR) |

**STATE OF ALASKA'S MEMORANDUM IN
SUPPORT OF ITS RENEWED MOTION TO STAY PROCEEDINGS**

The State of Alaska ("Alaska" or "State") renews its request that the Court stay all proceedings, including case management activities, in this case until a final ruling has been reached on Alaska's Motion to Intervene, filed on November 27, 2007. Alaska's intervention motion has been ripe for decision since Alaska filed its reply memorandum in support on December 17, 2008. Shortly after briefing was completed on Alaska's intervention motion, Alaska filed on December 27, 2007 a motion to stay proceedings in the case until a decision is reached on its intervention motion. Alaska's motion to stay has been ripe for decision since January 14, 2008. Alaska respectfully renews its request for an order staying all proceedings in this case until Alaska's intervention motion is decided, or alternatively, for a ruling on Alaska's intervention motion.

The Court's Minute Order of November 30, 2007, entered three days after Alaska's intervention motion was filed, directed the parties to file by January 15, 2008 a joint written report proposing a schedule upon which this case should proceed. The parties filed a proposed briefing schedule with the Court on January 15, 2008, which discussed a dispute between the parties regarding development of the administrative record and requested an order requiring that dispositive motions be filed 40 days from resolution of the dispute or, in the event no motion to compel was filed, February 15, 2008. The Court entered a scheduling order on February 6, 2008, adopting the parties' recommendation. Plaintiffs did file a motion to compel on February 1, 2008, which was withdrawn on March 11, 2008. In accordance with the parties' proposed briefing schedule and the February 6 scheduling order, dispositive motions are scheduled to be filed 40 days from plaintiffs' withdrawal of their motion to compel, or no later than April 21, 2008.

As set forth in the State's motion to intervene, Alaska has a direct interest in this case and is committed to participating as a party. Alaska intends that this motion to stay proceedings will facilitate efficient case management by resolving first Alaska's status as a party, before briefing of dispositive motions or on the merits has begun. A timely ruling on Alaska's intervention (or Alaska's motion to stay) would reduce later motions practice regarding the sufficiency of the record or the appropriateness of the briefing schedule.

For the above reasons, the State of Alaska respectfully renews its request

that the Court stay all proceedings in this case until a final decision has been issued on Alaska's motion to intervene as a defendant.

DATED this 9th day of April, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

By:  s/J. Anne Nelson
J. Anne Nelson
Assistant Attorney General
Alaska Bar No. 0705023
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994

s/Elizabeth J. Barry
Elizabeth J. Barry
Chief Assistant Attorney General
Alaska Bar No. 8106006
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of April, 2008 a true and correct copy of the **State of Alaska's Memorandum in Support of Its Renewed Motion to Stay Proceedings** in the above-captioned case was served by electronic means and by U.S. First Class Mail, postage prepaid upon:

Richard A. Guest
Native American Rights Fund
1712 N Street, NW
Washington, DC 20036-2976

Heather Kendall Miller
Native American Rights Fund
420 L. Street, Ste. 505
Anchorage, Alaska 99501

| | |
|---|---|
| Andrew R. Harrington<br>Alaska Legal Services Corporation<br>1648 S. Cushman, Ste. 300<br>Fairbanks, Alaska 99701 | Denise L. Bakewell<br>Alaska Legal Services Corporation<br>1648 S. Cushman, Ste. 300<br>Fairbanks, Alaska 99701 |

Daniel G. Steele
United States Department of Justice
P.O. Box 663
Washington, DC 20044


s/J. Anne Nelson                          s/Elizabeth J. Barry
J. Anne Nelson                             Elizabeth J. Barry
Assistant Attorney General                 Chief Assistant Attorney General
Alaska Bar No. 0705023                     Alaska Bar No. 8106006