UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:06-cv-0969 (RWR/JMF) ) |
| DEPARTMENT OF THE INTERIOR, et al. | ) ) ) JOINT MOTION TO |
| Defendants. | ) SUPPLEMENT RECORD ) |

The parties jointly move to supplement the record with those documents which defendants supplied to plaintiffs in resolution of the issues presented by the plaintiffs' motion to compel (which plaintiffs have withdrawn).

Respectfully submitted this 14th day of April, 2008.

*/s/ Heather Kendall Miller*
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str. Suite 505
Anchorage, Alaska 99517
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

*/s/ Andrew Harrington*
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Telephone: (907) 452-5181
Facsimile: (907) 456-6359
Email: aharrington@alsc-law.org, dbakewell@alsc-law.org

*/s/ Richard A. Guest*
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166
Attorneys for Plaintiffs

*/s/ Daniel G. Steele*
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney for the Defendants

Of Counsel: David Moran, Attorney-Advisor
Division of Indian Affairs, Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W. MS 6513
Telephone: (202) 208-3358
Fax: (202) 219-1791