UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF THE INTERIOR, ) <br> et al. ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 1:06-cv-0969 (RWR/JMF) <br><br> ORDER GRANTING JOINT MOTION TO SUPPLEMENT RECORD |

Pursuant to the parties' joint motion, it is hereby Ordered that the record is supplemented with those additional documents submitted with the motion.

Dated this _____ day of _____, 2008.

_____
Richard W. Roberts
United States District Court Judge