IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al, ) <br> ) <br> Plaintiffs,  ) <br> ) <br> v.  ) <br> ) <br> ) <br> UNITED STATES DEPARTMENT OF  ) <br> THE INTERIOR et al.,  ) <br> ) <br> Defendants.  ) <br> _____) | CASE NO. 1:06 CV 00969-RWR <br><br> PLAINTIFFS' MOTION <br> FOR SUMMARY JUDGMENT |

      Plaintiffs respectfully request summary judgment herein. There are no genuine issues of material fact, and plaintiffs are entitled to judgment as a matter of law. This motion is accompanied by a proposed order, and is accompanied by the "Statement of material facts as to which plaintiffs contend there is no genuine issue," the "Memorandum of Points and Authorities," and the Affidavits of Joe Alexi, Janice Hill, Alice Kavairlook, George Peter, and William Salmon Jr.

      Respectfully submitted this 21 day of April, 2008.

                                      /s/ Heather Kendall Miller
                                      Alaska Bar No. 9211084
                                      NATIVE AMERICAN RIGHTS FUND
                                      420 L Str. Suite 505
                                      Anchorage, Alaska 99517
                                      Telephone: (907) 276-0680
                                      Facsimile: (907) 276-2466
                                      Email: kendall@narf.org

                                      /s/ Andrew Harrington
                                      Alaska Bar No. 9106026
                                      Denise Bakewell
                                      California Bar No. 208660
                                      ALASKA LEGAL SERVICES CORPORATION
                                      1648 South Cushman, Suite 300

Fairbanks, Alaska 99701
Telephone: (907) 452-5181
Facsimile: (907) 456-6359
Email: aharrington@alsc-law.org

/s/ Richard A. Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166

Attorneys for Plaintiffs