UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:06-cv-0969 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) AFFIDAVIT OF JANICE HILL <br> ) |

STATE OF ALASKA          )
                         ) SS
FIRST JUDICIAL DISTRICT  )

Janice Hill, first duly sworn, deposes and says:

1. I am the President of the Chilkoot Indian Association, one of the plaintiffs in this action.

2. Our people have lived in the area now known as Haines from time immemorial. Haines is located on the shore of Lynn Canal on the narrow Chilkat Peninsula, between Chilkoot and Chilkat Bays. Originally, Haines was called "Dtehshuh" which meant "end of the trail" in our language. We controlled the trails between the coast and the Interior before the Russians came to the area in the 1800s.

3. In 1994, the Presbyterian Church conveyed seventy-three acres of land back to the Chilkoot Indians. These were lands that had been part of a mission area that had its inception in 1879 when S. Hall Young, a Presbyterian missionary, and John Muir, the naturalist, visited the area. They made plans for a Christian town with a mission and

school to be operated for the benefit of our people. In 1881, a site was selected, and Young received permission from our ancestors to build the "Willard Mission and School" at the cross roads area known as Da-Shu. The Willard mission was later renamed Haines for one of the principal fundraisers for the Mission.

4. We wish to have this land placed in trust in order to insure its protection for future generations of tribal members.

5. We were one of several agencies that submitted comments on the proposed regulations in 1999 urging the Department of the Interior to include Alaska in its trust land acquisition process. To the best of our knowledge, the Department of the Interior has not done so.

_____
Janice Hill
President, Chilkoot Indian Association

SUBSCRIBED and SWORN TO before me this 17 day of April, 2008.

_____
Notary Public for Alaska
My Commission Expires 8/10/2010