
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | <br><br><br><br> Civil Action No. 1:06-cv-0969 (RWR) <br><br><br><br> AFFIDAVIT OF WILLIAM SALMON JR. |

STATE OF ALASKA         )
                        ) SS
FOURTH JUDICIAL DISTRICT )

William Salmon Jr., first duly sworn, deposes and says:

1. I am the First Chief for the Chalkyitsik Village, one of the plaintiffs in this action. Chalkyitsik has between 100 and 200 tribal members. It is an isolated rural community on the Black River about 50 miles east of Fort Yukon, accessible only by air or water.

2. In 1982 our tribal government banned the possession of alcohol in our village. To enforce our alcohol ban on alcohol, Chalkyitsik petitioned the Department of the Interior, which published our ordinance in the Federal Register in May 1983 under the Federal Indian Liquor Laws.

3. Following the 1998 decision in the *Venetie* tax case, the validity of our alcohol ordinance has been called into question and we have not been able to assert undisputed

authority to enforce our ordinance, or to rely on the option of federal assistance with its enforcement.

4. We wish to place our townsite lands in trust so that we can clarify our authority to enforce our ordinance and if necessary to request federal enforcement assistance.

*William Salmon Jr.*
William Salmon Jr., First Chief
Chalkyitsik Village Council

SUBSCRIBED and SWORN TO before me this ___ day of April, 2008.

                                        Notary Public for Alaska
                                        My Commission Expires _____