UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-0969 (RWR) ) |
| DEPARTMENT OF THE INTERIOR, et al. | ) ORDER REGARDING ) DEFENDANTS' MOTION FOR FIRST ) EXTENSION OF TIME TO FILE |
| Defendants. | ) DISPOSITIVE MOTION AND BRIEF ) |

The Court having considered the defendants' motion and plaintiff's partial opposition, it is hereby

ORDERED that the motion is granted in part, with the provisions that this grant is without prejudice to plaintiffs' ability to argue in opposition to defendants' dispositive motion that some or all of defendants' grounds should be denied based on defendants' untimeliness; and that defendants may have up until 19 May 2008 to file their motion, to avoid potential scheduling conflicts with the due date of defendants' opposition to plaintiffs' summary judgment motion that might otherwise ensue.

Dated this ___ day of _____, 2008.

RICHARD W. ROBERTS
United States District Court Judge