UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, <u>et al</u>., ) ) Plaintiffs, ) ) v. ) ) DEPARTMENT OF THE INTERIOR, <u>et al</u>. ) ) Defendants. ) ) | Civil Action No. 06-0969 (RWR) OPPOSITION TO DEFENDANTS' MOTION TO STAY CONSIDERA- TION OF PLAINTIFFS' PENDING MOTION FOR SUMMARY JUDGMENT |

Four days before the State filed this motion, the alcohol-related violence from which the Akiachak Native Community seeks to protect its children, a major motivation in its prosecution of this suit,[1] claimed more victims, as one woman was killed and three girls shot at.[2]

There is simply no reason for the Court to endorse the Federal Defendants' attempts to further procrastinate any portion of this lawsuit, either the jurisdictional determinations they have already delayed or the merits they now seek to delay further.

Unlike defendants' motion requesting additional time to file their dispositive motion (Doc. 29), this motion does not allege that defendants faced any actual difficulty

---

[1] Complaint, Doc 15, paras. 26-29; Affidavit of George Peter, Att. 7 to Doc. 46.

[2] See attached article. Moses George, 53, is accused of killing Agnus Williams, 44, "while they were at home drinking R&R Whiskey," and of threatening a 15-year-old girl who confronted him afterwards, and two other girls, ages 5 and 8, who lived with George and Williams and saw the fatal shooting. All three girls fled as shots were fired after them.

in meeting the LCvR 7(b) deadline for their opposition. On that basis alone this motion should be denied.

Defendants cite several cases for the proposition that the Court must first determine whether it has jurisdiction to entertain the Plaintiffs' claims before proceeding to the merits of the Complaint. These cases address themselves to the order in which the Court must analyze the issues in writing its opinion; they do not address themselves to, or even discuss, a stay or extension as defendants seek here.

There is no rule of procedure that prohibits the Court from proceeding to address the merits immediately upon finding that it has jurisdiction. Should the court determine that it lacks Article III jurisdiction, then of course no advisory opinion on the merits should issue; but the reports are filled with opinions in which the affirmation of jurisdiction and resolution of the merits occur in the same opinion.

As of this writing, the Federal Defendants' dismissal motion is not yet filed, so it is impossible to tell which of the arguments defendants may set forth in their motion will be true Article III jurisdictional arguments and which are prudential or statutory standing arguments; in the latter case, of course, it may prove impossible to analyze the jurisdictional arguments separate from the merits.[3]

Because defendants have not alleged any difficulty in meeting the deadline to

---

[3] The *Steel Company* ruling in fact "justifies the occasional deciding of merits questions before statutory standing questions on precisely the grounds that the two may overlap," *Grand Council of Crees v. FERC*, 198 F.3d 950, 959-960 (D.C.Cir. 2000).

Akiachak et al. v. Dept of Interior, cv 06-0960 (RWR)
Opp to Fed. Defendants' Motion for Stay, page 2

oppose plaintiffs' motion, because their case authority addresses only the Court's obligation to address issues orderly rather then any entitlement to delay proceedings, and most especially because the plaintiffs' villagers continue to face significant hardships while the defendants procrastinate, the motion should be denied.

Respectfully submitted this 3d day of May, 2008.

/s/ Heather Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str. Suite 505
Anchorage, Alaska 99517
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

/s/ Andrew Harrington
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Telephone: (907) 452-5181
Facsimile: (907) 456-6359
Email: aharrington@alsc-law.org

/s/ Richard A. Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166

Attorneys for Plaintiffs