Anchorage Daily News

Tuesday, April 29, 2008  **A-3**

# Troopers file murder charge

**AKIACHAK:** Officers say man shot girlfriend to death in drunken rage.

**By JAMES HALPIN**
jhalpin@adn.com

A man accused of shooting his girlfriend to death in Akiachak and firing a rifle as children fled the residence has been charged with first-degree murder and assault, according to Alaska State Troopers.

Moses T. George, 53, is accused of shooting Agnus Williams, 44, on Thursday while they were at their home drinking R&R whiskey, troopers said.

He also threatened to kill and shot at three girls present at the time, according to the charges filed in court.

Troopers say George was drinking and abusive in the hours leading up to the shooting at about 10 p.m., yelling at family members and beating one child over the head with the wet insole of a boot. At some point, he pulled out the gun and shot Williams in the chest, according to a trooper affidavit filed in Bethel court.

After the shooting, a 15-year-old at the residence confronted George, who then threatened to kill her and two other girls, ages 6 and 8, who lived at the home with him and Williams, according to the affidavit.

The children fled as George chased them out the door, firing the rifle, the papers say.

Inside the home, village first-responders had discovered Williams lying dead in a doorway with a gunshot wound to her chest and a through-and-through gunshot wound to her left hand.

George was kneeling next to her, and a Ruger .22-caliber rifle was lying at Williams' feet, the affidavit says. The two younger children told troopers they saw George shoot the woman.

Troopers arriving on the scene shortly before midnight said they found the whiskey bottle empty in front of the home and a bleary-eyed George swaying as he stood.

According to court records, George has been charged with crimes in Alaska 15 times since the early 1980s. Charges included assault, sexual assault, drug and weapons violations and resisting arrest.

George was being held at Bethel's Yukon-Kuskokwim Correctional Center, troopers said. In addition to first-degree murder, he is charged with three counts of third-degree assault and one count of fourth-degree assault.

Find James Halpin online at adn.com/contact/jhalpin or call him at 257-4589.