UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:06-cv-00969 (RWR) |
| DEPARTMENT OF THE INTERIOR, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' NOTICE OF DECISION NOT TO FILE DISPOSITVE MOTION AND BRIEF**

On April 17, 2008, Defendants moved for an Extension of Time until May 5, 2008 to file a dispositive motion and brief. The Court granted the requested relief in its Minute Order of May 5, 2008.

After taking a very hard look through the weekend and after consultation with the Department of Interior, Solicitor's Office, Defendants have concluded that certain threshold issues which Defendants anticipated raising are neither appropriate nor necessary for dispositive resolution under Rule 12 of the Federal Rules of Civil Procedure. This decision was reached just shortly before this filing. Defendants believe that this action can be appropriately resolved on cross motions for summary judgment. Defendants anticipate opposing Plaintiffs' Motion for Summary Judgment which was filed on April 21, 2008, and cross moving for summary judgment.

For these purposes, Defendants withdraw that part of their April 28, 2008 motion to stay briefing on Plaintiffs' Motion for Summary Judgment, but renew the same Motion's "alternative

relief" request to allow Defendants until June 5, 2008 to respond to Plaintiffs' pending motion.

Defendants' undersigned counsel contacted counsel for the Plaintiffs, who were not available. The undersigned counsel left messages stating that Defendants would not be filing their anticipated motion tonight.

Dated this 5th day of May, 2008.

                                       Respectfully submitted,

                                       */s/ Daniel G. Steele*
                                       D.C. Bar No. 962894
                                       U.S. Department of Justice
                                       Environment and Natural Resources Division
                                       General Litigation Section
                                       P.O. Box 663
                                       Washington, D.C. 20044-0482
                                       Tel: (202) 305-0484
                                       Fax: (202) 305-0506
                                       Attorney for the Defendants

                                       Of Counsel:
                                       David Moran
                                       Attorney-Advisor
                                       Division of Indian Affairs
                                       Office of the Solicitor
                                       U.S. Department of the Interior
                                       1849 C Street, N.W.   MS 6513
                                       Telephone: (202) 208-3358
                                       Fax:         (202) 219-1791

**CERTIFICATE OF SERVICE**

I, Daniel G. Steele, hereby certify on this 5th day of May, 2008 I have caused the foregoing Defendants' Notice of Decision Not to File Dispositve Motion and Brief to be served by electronic filing on the following counsel:

    Richard A. Guest, Esquire
    1712 N Street, N.W.
    Washington, D.C. 20036-2976

    Andrew Harrington, Esquire
    Alaska Legal Services Corporation
    1648 South Cushman, Suite 300
    Fairbanks, AK 99701

    Heather Kendall Miller, Esquire
    Native American Rights Fund
    420 L Street, Suite 505
    Anchorage, Alaska 99501

                                        */s/Daniel G. Steele*
                                        Daniel G. Steele