UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.,</u><br><br>   Plaintiffs,<br><br>     v.<br><br>DEPARTMENT OF THE INTERIOR, <u>et al.</u><br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:06-cv-00969 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

  For the reasons discussed in the Defendants' Notice of Decision Not to File Dispositive Motion and Brief, filed on May 5, 2008, **IT IS HEREBY ORDERED** that the relief requested in Defendants' Notice is granted.  Defendants shall respond to Plaintiffs' Motion for Summary Judgment and file cross motions on or before June 5, 2008.

  **ORDERED** this _____ day of _____, 2008.


            _____
            RICHARD W. ROBERTS
            United States District Judge

**STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER**

Pursuant to Local Rule 7.1(k), defendant hereby states that the following persons

are entitled to receive notice of the Court's Order:

Mr. Richard A. Guest
1712 N Street, N.W.
Washington, D.C.  20036-2976

Heather Kendall Miller
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska  9950

Andrew Harrington
Denise Bakewell
Alaska Legal Services Corporation
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701

Daniel G. Steele
United States Department of Justice
Environment & Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C.  20044-0663

_____
RICHARD W. ROBERTS
United States District Judge