UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, <u>et al</u>., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 06-0969 (RWR) ) |
| v. | ) NON-OPPOSITION TO EXTENSION ) OF TIME TO OPPOSE PLAINTIFFS' |
| DEPARTMENT OF THE INTERIOR, <u>et al</u>. | ) MOTION FOR SUMMARY ) JUDGMENT; OPPOSITION TO ) EXTENSION OF TIME TO FILE |
| Defendants. | ) CROSS-MOTION ) |

Plaintiffs do not oppose allowing Defendants more time to oppose Plaintiffs' summary judgment motion, and in fact are working with Defendants on a joint motion to make Defendants' opposition due June 13 and Plaintiffs' reply due June 27.

However, Defendants also seek an extension of time to file a cross-motion, which Plaintiffs oppose[1] as procedurally unnecessary (summary judgment may favor the non-moving party without a cross-motion[2]). An extension for a cross-motion serves only to give defendants a slight tactical advantage[3] and delay ultimate resolution of this case.[4] Untimeliness, when excusable, should be excused, not rewarded.

---

[1] Defendants' 5 May notice, without a formal motion, sought an extension not just to respond to Plaintiffs' summary judgment motion but also to file a cross-motion (Doc 50). On 17 April, Defendants had sought an extension of time to file their then-anticipated jurisdictional motion, from 21 April to 5 May (Doc. 44), which the Court granted. On April 28 (Doc. 48), Defendants sought to stay consideration of Plaintiffs' pending 21 April summary judgment motion, which Defendants have now withdrawn, and in the alternative requested an extension to oppose the summary judgment motion, which Plaintiffs are now non-opposing; that motion did not mention an extension of time for a cross-motion.

[2] *Leahy v. District of Columbia*, 833 F.2d 1046, 1047 (D.C.Cir. 1987).

[3] Since Defendants will then have the prerogative of filing the last reply.

[4] Had defendants filed their summary judgment motion by the original 21 April deadline, followed by simultaneous oppositions and replies, the issue would have been ripe as of 8 May.

Respectfully submitted this 15th day of May, 2008.

/s/ Heather Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str. Suite 505
Anchorage, Alaska 99517
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

/s/ Andrew Harrington
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Telephone: (907) 452-5181
Facsimile: (907) 456-6359
Email: aharrington@alsc-law.org

/s/ Richard A. Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166

Attorneys for Plaintiffs

---

Even had defendants filed their motion timely under the extension this Court granted until 5 May, the issue would have been ripe sooner than it will be if defendants cross-file 5 June or later.
Akiachak et al. v. Dept of Interior, cv 06-0960 (RWR)
Partial Non-Opp to Extension, page 2