UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, <u>et al</u>., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 06-0969 (RWR) ) |
| v. | ) ) |
| DEPARTMENT OF THE INTERIOR, <u>et al</u>. | ) ) MOTION FOR EXTENSION OF DUE ) DATES FOR OPPOSITION AND |
| Defendants. | ) REPLY ON PLAINTIFFS' SUMMARY ) JUDGMENT MOTION |

Plaintiffs do not oppose allowing Defendants additional time to file their opposition to Plaintiffs' pending motion for summary judgment,[1] and because Defendants' current proposed opposition due date of June 5 may be problematic for various reasons on both sides, Plaintiffs propose that Defendants respond to Plaintiffs' motion for summary judgment on June 13, and Plaintiffs reply no later than June 27.

This has been discussed with Defendants, and Plaintiffs believe that Defendants are in agreement as to these dates; however, counsel for Defendants requested that Plaintiffs file this as a regular motion rather than a joint motion.[2]

Respectfully submitted this 19th day of May, 2008.

---

[1] This was relief Defendants sought in the alternative in their motion to stay proceedings on Plaintiffs' summary judgment motion, Doc. 48, albeit without mentioning an extension for a cross-motion.

[2] Apparently due to the unresolved cross-motion question. Defendants on May 5 requested additional time to file a cross-motion for summary judgment as well (Doc. 50), which Plaintiffs oppose (Doc. 51). Defendants have in fact not yet decided whether to file a cross-motion and should they decide against doing so, that issue becomes moot.

/s/ Heather Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str. Suite 505
Anchorage, Alaska 99517
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

/s/ Andrew Harrington
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Telephone: (907) 452-5181
Facsimile: (907) 456-6359
Email: aharrington@alsc-law.org

/s/ Richard A. Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166

Attorneys for Plaintiffs