UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY, <u>et al</u>., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 06-0969 (RWR) |
| v. | ) ) ) | |
| DEPARTMENT OF THE INTERIOR, <u>et al</u>. | ) ) ) | ORDER FOR EXTENSION OF DUE DATES FOR OPPOSITION AND |
| Defendants. | ) ) | REPLY ON PLAINTIFFS' SUMMARY JUDGMENT MOTION |

Pursuant to Plaintiffs' motion, it is hereby Ordered that Defendants have until Friday June 13 to file any opposition to Plaintiffs' Motion for Summary Judgment, and that Plaintiffs have until Friday June 27 to file any reply.

Dated: _____

_____
RICHARD W. ROBERTS
United States District Court Judge

Pursuant to LCvR7(k), the names and addresses of attorneys entitled to notification are:

Heather Kendall Miller
Native American Rights Fund
420 L Str. Suite 505
Anchorage, Alaska 99517

Andrew Harrington
Denise Bakewell
Alaska Legal Services Corporation
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701

Richard A. Guest
Native American Rights Fund
1712 N Street, N.W.
Washington, D.C. 20036

Daniel G. Steele
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482

Elizabeth Jean Barry
J. Anne Nelson
Alaska Dept of Law
1031 W 4th Ave. Suite 200
Anchorage AK 99501

Akiachak et al. v. Dept of Interior, cv 06-0960 (RWR)
Order on motion to extend due dates for opposition and reply, page 2