UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | No. 1:06-cv-00969 (RWR) |
| DEPARTMENT OF THE INTERIOR, et al. | | |
| Defendants. | | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

On May 19, 2008, the Plaintiffs filed their motion to extend the time for Defendants to respond to Plaintiffs' motion for summary judgment to June 13 and for Plaintiffs to reply no later than June 27 [52]. Defendants had originally sought an enlargement until June 5, 2008 by their motion of May 5, 2008 [50], but do not oppose the schedule proposed by the Plaintiffs.

Defendants have deemed it necessary to file their motion for summary judgment on June 13 along with their response to Plaintiffs' motion for summary judgment. That determination, which Defendants discussed in their notice not to file a dispositive motion under Rule 12 of the Federal Rules of Civil Procedure [50] filed on May 5, 2008, had to await the return to the office of the Attorney assigned to this case at the Department of the Interior who has been unavailable to consider this aspect of the case as a result of illness and doctors' visits. Defendants commit to work with the Plaintiffs regarding any extensions of time that Plaintiffs may require to respond to Defendants' cross motion to be filed on June 13.

Dated this 5th day of May, 2008.

    Respectfully submitted,

    */s/ Daniel G. Steele*
    D.C. Bar No. 962894
    U.S. Department of Justice
    Environment and Natural Resources Division
    General Litigation Section
    P.O. Box 663
    Washington, D.C. 20044-0482
    Tel: (202) 305-0484
    Fax: (202) 305-0506
    Attorney for the Defendants

    Of Counsel:
    David Moran
    Attorney-Advisor
    Division of Indian Affairs
    Office of the Solicitor
    U.S. Department of the Interior
    1849 C Street, N.W.   MS 6513
    Telephone: (202) 208-3358
    Fax:          (202) 219-1791

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of May, 2008 a true and correct copy of Defendants' Motion for Extension of Time was served by electronic filing upon:

   Richard A. Guest, Esquire
1712 N Street, N.W.
Washington, D.C.  20036-2976

Andrew Harrington, Esquire
Alaska Legal Services Corporation
1648 South Cushman, Suite 300
Fairbanks, AK 99701

Heather Kendall Miller, Esquire
Native American Rights Fund
420 L Street, Suite 505
Anchorage, Alaska  99501

                                            _/s/Daniel G. Steele_
                                            Daniel G. Steele