UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al.,<br><br>    Plaintiffs<br><br>    v.<br><br>DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants | No. 1:06-cv-00969 (RWR) |

**STATE OF ALASKA'S MOTION FOR LEAVE TO FILE CROSS-MOTION
FOR SUMMARY JUDGMENT AND OPPOSITION
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to its pending Motion to Intervene [Dkt. No. 18] and pending Motion to Stay [Dkt. No. 25], and for the reasons stated in those pleadings, the State of Alaska hereby requests the Court's permission to file the accompanying Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment; Statement of Undisputed Facts and Statement of Genuine Issues Necessary to Be Litigated; and Proposed Summary Judgment Order, pending the Court's ruling on Alaska's Intervention Motion and Motion to Stay.

DATED this 13th day of June, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

By: /s/ J. Anne Nelson
J. Anne Nelson
Assistant Attorney General
Alaska Bar No. 0705023

TALIS J. COLBERG
ATTORNEY GENERAL

By:   /s/ Elizabeth J. Barry
      Elizabeth J. Barry
      Assistant Attorney General
      Alaska Bar No. 9505023

## CERTIFICATE OF SERVICE

I certify that on this date I caused to be served by first class mail and also by email **State of Alaska's Motion for Leave to File Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment** and **[Proposed] Order** on the following:

Richard A. Guest
Native American Rights Fund
1712 N Street, NW
Washington, DC 20036-2976

Heather Kendall Miller
Native American Rights Fund
420 L. Street, Ste. 505
Anchorage, Alaska 99501

Andrew R. Harrington
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Denise L. Bakewell
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Daniel G. Steele
United States Department of Justice
P.O. Box 663
Washington, DC 20044


/s/ J. Anne Nelson    6/13/2008
J. Anne Nelson
Assistant Attorney General
Alaska Bar No. 0705023

/s/ Elizabeth J. Barry  6/13/2008
Elizabeth J. Barry
Assistant Attorney General
Alaska Bar No. 9505023