UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al.,<br><br>  Plaintiffs<br>  v.<br>DEPARTMENT OF THE INTERIOR, et al..,<br><br>  Defendants | No. 1:06-cv-00969 (RWR) |

**ORDER GRANTING ALASKA'S MOTION FOR LEAVE TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The State of Alaska's motion for leave to file its cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment is GRANTED. It is hereby

ORDERED that the State of Alaska's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment be filed with the Court for consideration pending disposition of Alaska's pending Motion to Intervene [Dkt. No.18] and Motion to Stay [Dkt. No. 25].

SIGNED this ___ day of _____, _____

_____
RICHARD W. ROBERTS
United States District Judge

The following attorneys are entitled to be notified of the entry of this document;

Richard A. Guest
Native American Rights Fund
1712 N Street, NW
Washington, DC 20036-2976

Heather Kendall Miller
Native American Rights Fund
420 L. Street, Ste. 505
Anchorage, Alaska 99501

Andrew R. Harrington
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Denise L. Bakewell
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Daniel G. Steele
United States Department of Justice
P.O. Box 663
Washington, DC 20044