UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:06-cv-00969 (RWR) |
| DEPARTMENT OF THE INTERIOR, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants, by and through their undersigned counsel, hereby move this Court for an Order granting summary judgment, pursuant to Rule 56(b) of the federal Rules of Civil Procedure, in Defendants' favor. In support of this Cross-Motion, Defendants' submit the accompanying Memorandum in Support of Defendants' Cross-Motion for Summary Judgment and Response in Opposition to Plaintiffs' Motion for Summary Judgment, and the certified Administrative Record and Supplement thereto, which have been filed with the Court.

Dated this 13th day of June, 2008.

Respectfully submitted,

*/s/ Daniel G. Steele*
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney for the Defendants

Of Counsel:
David Moran
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.   MS 6513
Telephone: (202) 208-3358
Fax:         (202) 219-1791