UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:06-cv-00969 (RWR) |

**DEFENDANTS' STATEMENT CONCERNING MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE DISPUTE**

Local Civil Rule 7(h) provides that each motion for summary judgment shall be accompanied by a statement of material facts as to which the moving party contends there is no genuine issue. Plaintiffs, however, seek judicial review of an agency action under the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 554, 701-706. Pl.s' Consolidated Complaint, Third Cause of Action, ¶58.

In APA cases, the district court sits as an appellate tribunal. *University Medical Center of Southern Nevada v. Shalala*, 173 F.3d 438, 440 n.3 (D.C. Cir. 1999) (citing *Marshall County Health Care Auth. v. Shalala*, 988 F.2d 1221, 1225-26 (D.C. Cir.1993). Under the APA, judicial review is normally confined to the administrative record already in existence, and does not contemplate a factual record developed de novo in federal district court. *Community for Creative Non-Violence v. Lujan*, 908 F.2d 992, 998 (D.C. Cir. 1990). "As all material facts are within the administrative record, no material facts are in dispute." *LeBoeuf, Lamb, Greene & MacRae, LLP v. Abraham*, 215 F.Supp 73, 84 (D.D.C. 2002); *see also Florida Power and Light*

*Co. v. Lorion*, 470 U.S. 729, 743 (1985); *Commercial Drapery Contractors v. United States*, 133 F.3d 1, 7 (D.C. Cir. 1998).

Because this action is one for review under the APA, there can be no facts that are appropriate to be tried *de novo* before the Court. The determinations made in the certified Administrative Record are to be upheld if the agency considered the relevant data and explained its decision, and the court can identify a rational connection between the agency's factual findings and its decision. *Miami Nation of Indiana, Inc. v. Babbit*, 112 F.Supp. 2d. 742 (N.D. Ind. 2000). Further, Defendants do not contest the Plaintiffs' Statement of Material Facts. Although they are in narrative form, contain allegations asserted in the Plaintiffs' Consolidated Complaint, and are not enumerated statements of fact *per se*, Plaintiffs' Statement does not appear to be inconsistent with the content of the Administrative Record. To the extent that such facts may actually constitute the Plaintiffs' allegations which are not supported by the Administrative Record, Defendants incorporate herein by reference their *Answer* to the Consolidated Complaint.

Dated this 13th day of June, 2008.

Respectfully submitted,

*/s/ Daniel G. Steele*
Daniel G. Steele
D.C. Bar No. 962894
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482
Tel: (202) 305-0484
Fax: (202) 305-0506
Attorney for the Defendants

Of Counsel:
David Moran
Attorney-Advisor
Division of Indian Affairs
Office of the Solicitor
U.S. Department of the Interior
1849 C Street, N.W.   MS 6513
Telephone: (202) 208-3358
Fax:         (202) 219-1791