UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | No. 1:06-cv-00969 (RWR) |

**[PROPOSED] ORDER**

Having considered the Motions for Summary Judgment filed by the Plaintiffs and Defendants herein, supporting briefs, and the certified Administrative Record,

IT IS HEREBY ORDERED that:

1. Defendants' Motion for Summary Judgment is GRANTED;

2. Plaintiffs' Motion for Summary Judgment is DENIED;

And this case is hereby DISMISSED.

**ORDERED** this _____ day of _____, 2008.

_____
RICHARD W. ROBERTS
United States District Judge

## STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER

Pursuant to Local Rule 7(k), defendant hereby states that the following persons are entitled to receive notice of the Court's Order:

> Mr. Richard A. Guest
> 1712 N Street, N.W.
> Washington, D.C. 20036-2976
>
> Heather Kendall Miller
> Native American Rights Fund
> 420 L Street, Suite 505
> Anchorage, Alaska 9950
>
> Andrew Harrington
> Denise Bakewell
> Alaska Legal Services Corporation
> 1648 South Cushman, Suite 300
> Fairbanks, Alaska 99701
>
> Daniel G. Steele
> United States Department of Justice
> Environment & Natural Resources Division
> General Litigation Section
> P.O. Box 663
> Washington, D.C. 20044-0663