UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | |
| v. | | No. 1:06-cv-00969 (RWR) |
| DEPARTMENT OF THE INTERIOR, <u>et al.</u> | | |
| Defendants. | | |

**[PROPOSED] ORDER**

Having considered the Defendants' Motion for Leave to File Response in Opposition to Plaintiffs' Motion for Summary Judgment precipitated by a filing error on June 13, 2008 at which time the same pleading was filed, but only as Defendants' Cross Motion for Summary Judgment, IT IS HEREBY ORDERED that Defendants' motion is granted. Defendants are granted leave to file their pleading also as a Response to Plaintiffs' pending Motion for Summary Judgment.

**ORDERED** this _____ day of _____, 2008.

RICHARD W. ROBERTS
United States District Judge

## STATEMENT OF PERSONS ENTITLED TO RECEIVE COPY OF ORDER

Pursuant to Local Rule 7(k), defendant hereby states that the following persons are entitled to receive notice of the Court's Order:

>Mr. Richard A. Guest
>1712 N Street, N.W.
>Washington, D.C.  20036-2976
>
>Heather Kendall Miller
>Native American Rights Fund
>420 L Street, Suite 505
>Anchorage, Alaska  9950
>
>Andrew Harrington
>Denise Bakewell
>Alaska Legal Services Corporation
>1648 South Cushman, Suite 300
>Fairbanks, Alaska 99701
>
>Daniel G. Steele
>United States Department of Justice
>Environment & Natural Resources Division
>General Litigation Section
>P.O. Box 663
>Washington, D.C.  20044-0663