UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>, <br><br> Plaintiffs <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, <u>et al.</u>., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) )  No. 1:06-cv-00969 (RWR) |

**ORDER GRANTING ALASKA'S MOTION FOR RULING ON ITS MOTION TO INTERVENE, OR IN THE ALTERNATIVE, MOTION FOR EXPEDITED CONSIDERATION**

Having considered the State of Alaska's motion for ruling on its motion to intervene, or in the alternative, motion for expedited consideration of its motion to intervene, Alaska' motion is hereby GRANTED.

SIGNED this _____ day of _____, _____

_____
RICHARD W. ROBERTS
United States District Judge

The following attorneys are entitled to be notified of the entry of this document;

Richard A. Guest
Native American Rights Fund
1712 N Street, NW
Washington, DC 20036-2976

Heather Kendall Miller
Native American Rights Fund
420 L. Street, Ste. 505
Anchorage, Alaska 99501

Andrew R. Harrington
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Denise L. Bakewell
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Daniel G. Steele
United States Department of Justice
P.O. Box 663
Washington, DC 20044