UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY, <u>et al</u>., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:06-cv-0969 (RWR) |
| DEPARTMENT OF THE INTERIOR, <u>et al</u>. | ) ) ) | PLAINTIFFS' OPPOSITION TO STATE OF ALASKA'S MOTION FOR LEAVE TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND |
| Defendants. | ) ) ) | OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

The State of Alaska, having not yet persuaded this Court that its motion to intervene should be granted, is not a party and thus lacks the status necessary to file either a cross-motion or an opposition memorandum.

At least one of the grounds for denial of intervention (that State legislative action is required for the State to waive its sovereign immunity which is a necessary concomitant of intervention, Doc. 21) is remediable by the State through proper legislative channels, but the State has apparently not availed itself of this, despite the fact that a general legislative session presenting the opportunity to do so has come and gone since Plaintiffs raised this point.[1] The State has not sought, and still is not seeking, leave to have its filing accepted as an amicus brief.

Its motion to file a cross-motion and an opposition memo should be denied.

Respectfully submitted this 24th day of June, 2008.

---

[1] Alaska's Legislature convenes in January for 120-sessions, Alaska Constitution, Article II, section 8.  (This most recent session was limited to 90 days by referendum.)

/s/ Heather Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str. Suite 505
Anchorage, Alaska 99517
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

/s/ Andrew Harrington
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Telephone: (907) 452-5181
Facsimile: (907) 456-6359
Email: aharrington@alsc-law.org

/s/ Richard A. Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166

Attorneys for Plaintiffs