UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | Civil Action No. 1:06-cv-0969 (RWR) <br><br> PLAINTIFFS' CONDITIONAL MOTION FOR ADDITIONAL TIME TO RESPOND TO STATE FILING FOLLOWING COURT RESOLUTION OF PENDING MOTIONS |

Should the Court decide to grant the motion(s) by the State of Alaska seeking leave to intervene (Doc. 18) and leave to file an opposition/cross-motion on summary judgment (Doc. 54) (both of which plaintiffs have opposed), or to accept the State's lodged summary judgment filings as an amicus memorandum (status which the State has not sought), Plaintiffs respectfully request that they be allowed an additional two weeks thereafter to respond to the arguments in the State's lodged Memorandum (Doc. 54-2). The State seeks to inject the issue of whether ANCSA[1] repealed 25 U.S.C. §473a[2] authorizing the Secretary to take land into trust in Alaska, an issue on which the federal defendants' filings indicate their conclusion is "no," an answer with which Plaintiffs agree. It is thus not yet clear whether Plaintiffs should respond to the arguments in the State's memorandum. Should the Court's orders so require, Plaintiffs request that they be given two weeks after such orders to respond.

---

[1] Alaska Native Claims Settlement Act, Pub. L. 92-203, 85 Stat. 688, codified as amended at 43 U.S.C. §§1601 et seq.

[2] Act of May 1, 1936, ch. 254, §1, 49 Stat. 1250, codified in relevant part at 25 U.S.C. §473a.

Plaintiffs contacted counsel for the State who indicated they would not object to this motion. Plaintiffs attempted to contact counsel for the federal defendants, but had not heard back prior to this filing.

Respectfully submitted this 24th day of June, 2008.

/s/ Heather Kendall Miller
Alaska Bar No. 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Str. Suite 505
Anchorage, Alaska 99517
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
Email: kendall@narf.org

/s/ Andrew Harrington
Alaska Bar No. 9106026
Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Telephone: (907) 452-5181
Facsimile: (907) 456-6359
Email: aharrington@alsc-law.org

/s/ Richard A. Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166

Attorneys for Plaintiffs