UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AKIACHAK NATIVE COMMUNITY, <u>et al</u>., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:06-cv-0969 (RWR) |
| v. | ) ) | ORDER GRANTING |
| DEPARTMENT OF THE INTERIOR, <u>et al</u>. | ) ) ) | PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO RESPOND TO STATE FILING |
| Defendants. | ) ) | FOLLOWING COURT RESOLUTION OF PENDING MOTIONS |

Pursuant to Plaintiffs' motion, it is hereby ORDERED that, in the event the Court grants proposed intervenor State of Alaska's pending motions in whole or in part, such that Plaintiffs should then respond to the summary judgment filings lodged by proposed intervenor, Plaintiffs may have until two weeks following the date of the order granting proposed intervenor's motions to file their response.

**ORDERED** this _____ day of _____, 2008.

_____
RICHARD W. ROBERTS
United States District Judge

Pursuant to LCvR7(k), the names and addresses of attorneys entitled to notification are:

Heather Kendall Miller
Native American Rights Fund
420 L Str. Suite 505
Anchorage, Alaska 99517

Andrew Harrington
Denise Bakewell
Alaska Legal Services Corporation
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701

Richard A. Guest
Native American Rights Fund
1712 N Street, N.W.
Washington, D.C. 20036

Daniel G. Steele
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482

Elizabeth Jean Barry
J. Anne Nelson
Alaska Dept of Law
1031 W 4th Ave. Suite 200
Anchorage AK 99501