UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | Civil Action No. 06-0969 (RWR) |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEYS

Please take notice that Native American Rights Fund is moving their offices. After July 7, 2008, Native American Rights Fund new address will be as follows:

> Native American Rights Fund
> 801 B Street, Suite 401
> Anchorage, Ak  99501

Phone and fax numbers, as well as e-mail addresses will stay the same.

DATED this 25th day of June 2008.


                                        s/ Heather Kendall Miller
                                        Alaska Bar No. 9211084
                                        NATIVE AMERICAN RIGHTS FUND
                                        420 L St., Suite 505
                                        Anchorage, Alaska 99517
                                        Telephone: (907) 276-0680
                                        Facsimile: (907) 276-2466
                                        Email: kendall@narf.org

                                        s/ Andrew Harrington
                                        Alaska Bar No. 9106026

Denise Bakewell
California Bar No. 208660
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701

/s/ Richard A. Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N/ Street, N.W.
Washington, D.C. 20036
(202) 785-4166

Attorneys for Plaintiffs

Certificate of Service

The undersigned hereby certifies that on the 25th day of June, 2008, a true and correct copy of Plaintiffs' Notice of Change of Address in the above-captioned case was served by electronic means upon the following:

Elizabeth Jeanne Barry    elizabeth.barry@alaska.gov

J. Anne Nelson    anne.nelson@alaska.gov, elizabeth.barry@alaska.gov,

kimberley.prescott@alaska.gov, nr.ecf@alaska.gov

Daniel G. Steele    daniel.steele@usdoj.gov
Attorney for Defendants

s/ Heather Kendall Miller