UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>,<br><br>    Plaintiffs<br>    v.<br>DEPARTMENT OF THE INTERIOR, <u>et al.</u>,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 1:06-cv-00969 (RWR)

**NOTICE OF FILING CORRECTED CERTIFICATE OF SERVICE TO ACCOMPANY STATE OF ALASKA'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR LEAVE TO FILE CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant State of Alaska gives notice of filing a corrected Certificate of Service to accompany their Reply to Plaintiffs' Opposition to Motion for Leave to File Cross Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, electronically filed on 7/01/2008.

In the signature block on the last page electronically signed by J. Anne Nelson, the date of 6/20/2008 is incorrect. The date should be 7/01/2008.

Attached is the corrected Certificate of Service.

Dated this 2nd day of July, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL


By:    /s/ J. Anne Nelson
       J. Anne Nelson

Assistant Attorney General
Alaska Bar No. 0705023
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994

/s/ Elizabeth J. Barry
Elizabeth J. Barry
Chief Assistant Attorney General
Alaska Bar No. 8106006
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994

## CERTIFICATE OF SERVICE

I certify that on this date I caused to be served by first class mail and also by email **NOTICE OF FILING [CORRECTED] CERTIFICATE OF SERVICE TO ACCOMPANY STATE OF ALASKA'S REPLY TO PLAINTIFFS' OPPOSITION TO MOTION FOR LEAVE TO FILE CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** on the following:

Richard A. Guest                          Heather Kendall Miller
Native American Rights Fund               Native American Rights Fund
1712 N Street, NW                         801 B Street, Suite 401
Washington, DC 20036-2976                 Anchorage, Alaska 99501

Andrew R. Harrington                      Denise L. Bakewell
Alaska Legal Services Corporation         Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300                 1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701                   Fairbanks, Alaska 99701

Daniel G. Steele
United States Department of Justice
P.O. Box 663
Washington, DC 20044

/s/ J. Anne Nelson    7/02/2008
J. Anne Nelson
Assistant Attorney General
Alaska Bar No. 0705023