UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:06-cv-00969 (RWR) ) |
| DEPARTMENT OF THE INTERIOR, et al. | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME TO FILE REPLY BRIEF PURSUANT TO CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants hereby move for an unopposed extension of time of fifteen (15) days, from July 10 to July 25, 2008, to file their Reply brief pursuant to Defendants' Cross-Motion for Summary Judgment filed on June 13, 2008.

In support of the requested relief, Defendants state as follows:

1. Defendants' undersigned counsel is scheduled to file a reply brief on July 11, 2008 in another case he is assigned to in Yomba Shoshone Tribe, et al. v. United States (06-cv-00896), (Fed. Cls.), which counsel has been preparing since Plaintiffs filed their response in the instant case on June 28, 2008. The level of complexity of Aliachak, et al. and Yomba, et al. has prevented counsel from finalizing both cases for filing on two successive days notwithstanding a prior enlargement of time which the Yomba, et al. Court had granted and counsel's best efforts to do so;

2. The present filing date of July 10, 2008 comes at a time when the United States Department of the Interior attorney assigned to the instant case, David Moran, had planned

vacation time, from July 5 through July 12, 2008. For this reason, he has not been available to work on the case with the undersigned counsel during the last week; and

    3. The undersigned counsel discussed the need for the requested extension of time to July 25, 2008 with Attorney of Record, Andrew Harrington, Esquire, on July 3, 2008. Mr. Harrington stated that Plaintiffs would not oppose the requested relief, but conditioned the nonopposition on Defendants' agreement not to oppose a sur-reply should Plaintiffs move for leave to file one.

    Dated this 9th day of July, 2008.

                                 Respectfully submitted,

                                 */s/ Daniel G. Steele*
                                 D.C. Bar No. 962894
                                 U.S. Department of Justice
                                 Environment and Natural Resources Division
                                 General Litigation Section
                                 P.O. Box 663
                                 Washington, D.C. 20044-0482
                                 Tel: (202) 305-0484
                                 Fax: (202) 305-0506
                                 Attorney for the Defendants

                                 Of Counsel:
                                 David Moran
                                 Attorney-Advisor
                                 Division of Indian Affairs
                                 Office of the Solicitor
                                 U.S. Department of the Interior
                                 1849 C Street, N.W.   MS 6513
                                 Telephone: (202) 208-3358
                                 Fax:         (202) 219-1791

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of July, 2008 a true and correct copy of Defendants' Motion for Extension of Time to file their Reply brief pursuant to Defendants' Cross-Motion for Summary Judgment was served by electronic filing upon:

>Richard A. Guest, Esquire
>1712 N Street, N.W.
>Washington, D.C. 20036-2976
>
>Andrew Harrington, Esquire
>Alaska Legal Services Corporation
>1648 South Cushman, Suite 300
>Fairbanks, AK 99701
>
>Heather Kendall Miller, Esquire
>Native American Rights Fund
>420 L Street, Suite 505
>Anchorage, Alaska 99501

>/s/Daniel G. Steele
>Daniel G. Steele

-3-