UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY et al.,<br><br>　　Plaintiffs<br>　　　v.<br>DEPARTMENT OF THE INTERIOR, et al..,<br><br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)　No. 1:06-cv-00969 (RWR)<br>)<br>)<br>)<br>)<br>) |

**STATE OF ALASKA'S MOTION FOR LEAVE TO FILE REPLY
MEMORANDUM IN SUPPORT OF ALASKA'S CROSS-MOTION
FOR SUMMARY JUDGMENT**

Pursuant to its pending Motion to Intervene [Dkt. No. 18] and pending Motion to Stay [Dkt. No. 25], and for the reasons stated in those pleadings, the State of Alaska hereby requests the Court's permission to file the accompanying reply memorandum, pending the Court's ruling on Alaska's Intervention Motion and Motion to Stay.  The State previously filed a motion for leave to file its opposition to plaintiffs' motion for summary judgment and cross-motion for summary judgment [Dkt. No. 54] and a reply to Plaintiffs' opposition [Dkt. Nos. 59 & 63].  Should the Court grant Plaintiffs request to respond separately to the issues raised in the State's opposition and cross-motion for summary judgment [See Dkt. No. 60], the State hereby requests that it be granted a period of two weeks after Plaintiffs file their summary judgment reply and opposition to the State's cross-motion for summary judgment to file its reply to the issues raised in Plaintiffs' opposition to the State's cross-motion.

DATED this 25th day of July, 2008.

        TALIS J. COLBERG
        ATTORNEY GENERAL

By:   /s/ J. Anne Nelson
      J. Anne Nelson
      Assistant Attorney General
      Alaska Bar No. 0705023

TALIS J. COLBERG
ATTORNEY GENERAL

By:   /s/ Elizabeth J. Barry
      Elizabeth J. Barry
      Assistant Attorney General
      Alaska Bar No. 8106006

## CERTIFICATE OF SERVICE

I certify that on this date I caused to be served by first class mail and also by email **State of Alaska's Motion for Leave to File Reply Memorandum in Support of Alaska's Cross-Motion for Summary Judgment** on the following:

Richard A. Guest
Native American Rights Fund
1712 N Street, NW
Washington, DC 20036-2976

Heather R. Kendall-Miller
Native American Rights Fund
801 B Street, Suite 401
Anchorage, AK  99501

Andrew R. Harrington
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Denise L. Bakewell
Alaska Legal Services Corporation
1648 S. Cushman, Ste. 300
Fairbanks, Alaska 99701

Daniel G. Steele
United States Department of Justice
P.O. Box 663
Washington, DC 20044

State of Alaska's Motion for Leave to File Reply Memorandum
In Support of Alaska's Cross-Motion for Summary Judgment     Page 2 of 3
*Akiachak Native Community et al. v. Kempthorne*, 1:06-cv-969

/s/ J. Anne Nelson    7/25/2008
J. Anne Nelson
Assistant Attorney General
Alaska Bar No. 0705023

/s/ Elizabeth J. Barry  7/25/2008
Elizabeth J. Barry
Assistant Attorney General
Alaska Bar No. 8106006

State of Alaska's Motion for Leave to File Reply Memorandum
In Support of Alaska's Cross-Motion for Summary Judgment                         Page 3 of 3
*Akiachak Native Community et al. v. Kempthorne*, 1:06-cv-969