UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | Civil Action No. 1:06-cv-0969 (RWR) <br><br> NOTICE TO COURT AND PARTIES OF CHANGE IN REPRESENTATION OF PLAINTIFF ALICE KAVAIRLOOK |

Denise Bakewell is no longer with Alaska Legal Services, having accepted a position at the Fort Wainwright Judge Advocate General Office, and is no longer able to remain as counsel in this case. Alaska Legal Services Corporation continues to represent Alice Kavairlook, and Andy Harrington continues in his role with ALSC and in this case, but service on Denise Bakewell at dbakewell@alsc-law.org is no longer necessary or appropriate.

/s/ Andrew Harrington
Alaska Bar No. 9106026
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Telephone: (907) 452-5181
Facsimile: (907) 456-6359
Email: aharrington@alsc-law.org

/s/ Richard A. Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N Street, N.W.
Washington, D.C. 20036
(202) 785-4166

Attorneys for Plaintiff Alice Kavairlook