UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, *et al.* | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DEPARTMENT OF THE INTERIOR, *et al.* | ) ) )  No. 1:06-cv-00969 (RWR) |
| Defendants. | ) ) ) |

## PLAINTIFFS' UNOPPOSED MOTION TO FILE A SUR-REPLY IN RESPONSE TO DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs request permission to file this sur-reply in the above captioned case. Counsel for Defendants have authorized Counsel for Plaintiffs that they have no objection to the filing of this Sur-Reply.

Respectfully submitted this 4th day of August, 2008.

s/ Heather Kendall Miller
Alaska Bar # 9211084
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel: (907) 276-0680
Fax: (9F07) 276-2466
Email: kendall@narf.org

s/ Andrew Harrington
Alaska Bar # 9106026
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701

Tel: (907) 452-5181
Fax: (907) 456-6359
Email: aharrington@alsc-law.org

s/ Richard Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N Street, N.W.
Washington, D.C. 20036
(202) 875-4166

Attorneys for Plaintiffs

Certificate of Service

The undersigned hereby certifies that on the 5th day of August, 2008, a true and correct copy of the Plaintiffs' Motion to file a Sur-Reply in the above-captioned case was served by electronic means upon the following:

Daniel G. Steele
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0482

For the Defendants

Attorney for Defendants

s/ Heather Kendall Miller