UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al. <br><br> Defendants. | Civil Action No. 1:06-cv-0969 (RWR) <br><br> AFFIDAVIT OF MICHAEL WALLERI |

Michael Walleri, first duly sworn, deposes and says:

I have examined the copy of the April 1, 1980 memo on pages 14-18 of the Administrative Record in this case, and recognize it as one I wrote to then-President Spud William C. "Spud" Williams of the Tanana Chiefs Conference (TCC). I was at that point serving as staff attorney, and am now, General Counsel to TCC. I do not know how the Department of the Interior would have obtained the memo, but I did not work for the Department of the Interior at the time or since, and any inference that that particular memo represents the work product of, or a legal analysis prepared by, the Department of the Interior would be erroneous.

_____
Michael Walleri

SUBSCRIBED and SWORN TO before me this 30 day of July, 2008.

_____
Christine L Woodward
Notary Public for Alaska
My Commission Expires 9 March 2010