IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, *et al.* | ) |
| | ) Civil Action No. 1:06-cv-0969 (RWR) |
| Plaintiffs, | ) |
| v. | ) |
| DEPARTMENT OF THE INTERIOR, *et al.* | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that the Plaintiffs unopposed motion to file a sur-reply is granted.

**ORDERED** this \_\_\_\_ day of _____, 2008.

_____
Judge