UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY,<br> *et al.*<br><br>   Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR,<br> *et al.*<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:06-cv-00969 (RWR)<br>)<br>)<br>) |

ERRATA

        Heather R. Kendall-Miller
        NATIVE AMERICAN RIGHTS FUND
        B Street, Suite 400
        Anchorage, Alaska 99501

        Andrew Harrington
        ALASKA LEGAL SERVICES CORPORATION
        1648 South Cushman, Suite 300
        Fairbanks, Alaska 99701

        Richard Guest
        NATIVE AMERICAN RIGHTS FUND
        1712 N Street, N.W.
        Washington, D.C. 20036

Due to errors in the Plaintiffs' Sur-reply in Response to Defendants' Reply in Support of Defendants' Cross- Motion for Summary Judgment filed at Docket No. 69 as an attachment to Plaintiffs' Unopposed Motion to File a Sur-reply in Response to Defendants' Reply in Support of Defendants' Cross-motion for Summary Judgment, Plaintiffs have filed this errata with the corrected Sur-Reply attached.

Respectfully submitted this 5th day of August, 2008.

s/ Heather Kendall Miller
Alaska Bar # 9211084
NATIVE AMERICAN RIGHTS FUND
801 B Street, Suite 401
Anchorage, Alaska 99501
Tel:  (907) 276-0680
Fax: (907) 276-2466
Email: kendall@narf.org

s/ Andrew Harrington
Alaska Bar # 9106026
ALASKA LEGAL SERVICES CORPORATION
1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Tel:  (907) 452-5181
Fax: (907) 456-6359
Email: aharrington@alsc-law.org

s/ Richard Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N Street, N.W.
Washington, D.C. 20036
(202) 875-4166

Attorneys for Plaintiffs

Certificate of Service

The undersigned hereby certifies that on the 5th day of August, 2008, a true and correct copy of the Plaintiffs' Notice of Filing Errata in the above-captioned case was served by electronic means upon the following:

Elizabeth Jeanne Barry     elizabeth.barry@alaska.gov

J. Anne Nelson     anne.nelson@alaska.gov, elizabeth.barry@alaska.gov, kimberley.prescott@alaska.gov, nr.ecf@alaska.gov

Daniel G. Steele     daniel.steele@usdoj.gov

Attorney for Defendants

s/Heather Kendall Miller