UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY, *et al.* | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| DEPARTMENT OF THE INTERIOR, *et al.* | ) ) )   No. 1:06-cv-00969 (RWR) |
| Defendants. | ) ) ) |

OPPOSITION TO STATE OF ALASKA'S MOTION
TO FILE REPLY MEMORANDUM IN SUPPORT OF ALASKA'S CROSS-MOTION
FOR SUMMARY JUDGMENT

For all the reasons offered in Plaintiffs' previous oppositions to the State of Alaska's intervention as a party, we also oppose the State's motion for leave to file a reply memorandum in support of the State's cross-motion for summary judgment.

Respectfully submitted this 7th day of August, 2008.

s/ Heather Kendall Miller
Alaska Bar # 9211084
NATIVE AMERICAN RIGHTS FUND
801 B Street, Suite 401
Anchorage, Alaska 99501
Tel:  (907) 276-0680
Fax: (907) 276-2466
Email: kendall@narf.org

s/ Andrew Harrington
Alaska Bar # 9106026
ALASKA LEGAL SERVICES
CORPORATION

1648 South Cushman, Suite 300
Fairbanks, Alaska 99701
Tel: (907) 452-5181
Fax: (907) 456-6359
Email: aharrington@alsc-law.org

s/ Richard Guest
D.C. Bar No. 477572
NATIVE AMERICAN RIGHTS FUND
1712 N Street, N.W.
Washington, D.C. 20036
(202) 875-4166

Attorneys for Plaintiffs

<u>Certificate of Service</u>

The undersigned hereby certifies that on the 7th day of August, 2008, a true and correct copy of the Plaintiffs' Opposition in the above-captioned case was served by electronic means upon the following:

Elizabeth Jeanne Barry    elizabeth.barry@alaska.gov

J. Anne Nelson    anne.nelson@alaska.gov, <u>elizabeth.barry@alaska.gov,</u> kimberley.prescott@alaska.gov, nr.ecf@alaska.gov

Daniel G. Steele    daniel.steele@usdoj.gov

Attorney for Defendants

<u>s/ Heather Kendall Miller</u>
