UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AKIACHAK NATIVE COMMUNITY <u>et al.</u>,<br>  Plaintiffs<br>  v.<br>DEPARTMENT OF THE INTERIOR, <u>et al.</u>,<br>  Defendants. | No. 1:06-cv-00969 (RWR) |

**STATE OF ALASKA'S REPLY TO PLAINTIFFS' OPPOSITION TO ALASKA'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

For all of the reasons stated in the State of Alaska's Motion to Intervene and supporting memoranda (Dkt. Nos. 18, 23, 24); the State of Alaska's motion for leave to file cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment and supporting memoranda (Dkt. Nos. 54, 63); and the State of Alaska's motion for leave to file reply memorandum in support of its cross-motion for summary judgment (Dkt. No. 66), Alaska hereby replies to Plaintiffs' opposition (Dkt. 71) and requests that the Court grant Alaska's motion for leave to file its reply in support of its summary judgment cross-motion.

DATED this 14TH day of August, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL


By: /s/ J. Anne Nelson
    J. Anne Nelson
    Assistant Attorney General

                    Alaska Bar No. 0705023
                    1031 West 4th Avenue, Suite 200
                    Anchorage, Alaska 99501-1994

/s/ Elizabeth J. Barry
Elizabeth J. Barry
Chief Assistant Attorney General
Alaska Bar No. 8106006
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994

## CERTIFICATE OF SERVICE

I certify that on this date I caused to be served by first class mail and also by email **STATE OF ALASKA'S REPLY TO PLAINTIFFS' OPPOSITION TO ALASKA'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT** on the following:

| | |
|---|---|
| Richard A. Guest<br>Native American Rights Fund<br>1712 N Street, NW<br>Washington, DC 20036-2976 | Heather Kendall Miller<br>Native American Rights Fund<br>801 B Street, Suite 401<br>Anchorage, Alaska 99501 |
| Andrew R. Harrington<br>Alaska Legal Services Corporation<br>1648 S. Cushman, Ste. 300<br>Fairbanks, Alaska 99701 | Daniel G. Steele<br>United States Department of Justice<br>P.O. Box 663<br>Washington, DC 20044 |

/s/ J. Anne Nelson    8/14/2008
J. Anne Nelson
Assistant Attorney General
Alaska Bar No. 0705023

/s/ Elizabeth J. Barry  8/14/2008
Elizabeth J. Barry
Assistant Attorney General
Alaska Bar No. 8106006

State of Alaska's Reply to Plaintiffs' Opposition to Alaska's Motion for Leave to
File Reply Memorandum in Support of Its Cross-Motion for Summary Judgment      Page 2 of 2
*Akiachak Native Community et al. v. Kempthorne*, 1:06-cv-969 (RWR)